## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| United States of America, | District Court No. 17-CR-79-RAW-1 |
| Plaintiff-Appellee, | Court of Appeals No. 20-7008 |
| v. | |
| Henri Michelle Piette, | |
| Defendant-Appellant. | |

### SUPPLEMENTAL DESIGNATION OF RECORD

Under the Tenth Circuit's order, entered on March 16, 2020, Defendant-Appellant Piette files this Supplemental Designation of Record. In addition to the transcripts and docket entries already designated in Defendant-Appellant's Amended Designation of Record on Appeal (Dkt. 234 and 234-1), those transcripts and docket entries designated below (by listing the requested transcripts and circling the respective docket entries) should be included in the record on appeal.

1. Dkt. 37 – Transcript of Motion Hearing on 05/17/2018;

2. Dkt. 52 – Transcript of Motion Hearing on 06/14/2018;

3. Dkt. 93 – Transcript of Competency Hearing on 11/19/2018;

4. Dkt. 118 – Transcript of Motion Hearing on 04/03/2019;

5. Dkt. 173 – Transcript of Pretrial Conference on 05/23/2019;

6. Dkt. 180 – Transcript of Jury Selection on 05/29/2019;

7. Dkt. 181 – Transcript of Jury Trial on 05/29/2019;

8. Dkt. 183 – Transcript of Jury Trial on 05/30/2019;

9. Dkt. 185 – Transcript of Jury Trial on 05/31/2019;

10. Dkt. 190 – Transcript of Jury Trial on 06/03/2019;

11. Dkt. 193 – Transcript of Jury Trial on 06/04/2019;

12. Dkt. 195 – Transcript of Jury Trial on 06/05/2019;

13. Dkt. 198 – Transcript of Jury Trial on 06/06/2019;

14. Dkt. 223 – Transcript of Sentencing Hearing on 02/20/2020.[1]

Consistent with Docket No. 204, Defendant-Appellant further requests that the United States deliver its "respective trial exhibits" to counsel for Defendant-Appellant for use on appeal. Copies of electronic exhibits may be sent to [amouritsen@parsonsbehle.com](mailto:amouritsen@parsonsbehle.com), while any physical exhibits may be mailed to Parsons Behle & Latimer, 201 South Main Street, Suite 1800, Salt Lake City, Utah 84111.

Signature:

Parsons Behle & Latimer

s/ Alan S. Mouritsen

Counsel for Defendant/Appellant

---

[1] It is counsel's understanding that this last transcript (of the sentencing hearing) was already ordered as part of the Amended Designation of Record. Counsel includes it here to make sure it does not slip through the cracks.

## CERTIFICATE OF DIGITAL SUBMISSION

I hereby certify that with respect to the foregoing:

(1) all required privacy redactions have been made in accordance with 10th Cir. R. 25.5;

(2) if required to file additional hard copies, that, except for any required redactions, the ECF submission is an exact copy of those documents;

(3) the digital submission has been scanned for viruses with the most recent version of a commercial virus scanning program, System Center Endpoint Protection Version 1.2 (and updated continuously), and according to the program is free of viruses.

/s/ Alan S. Mouritsen

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of this designation, with docket sheets attached, was served on opposing counsel and filed with the clerks of the district court and the court of appeals on April 1, 2020.

/s/ Alan S. Mouritsen

# INSTRUCTIONS

If appellant is represented by court-appointed counsel, or is represented by retained counsel, but a co-defendant who appeals is represented by court-appointed counsel, appellant's counsel must designate the record on appeal by completing and filing this form with the clerk of the district court within 14 days after filing the notice of appeal.  Copies must be served on all parties to the appeal and a copy must be filed with the clerk of the court of appeals.  Within 14 days after service of appellant's designation, appellee may file and serve an additional designation.  Copies of the district court docket sheets must be attached to every copy of the designation filed or served.

Although nonessential parts of the district court record should not be designated for inclusion in the record on appeal, it is counsel's responsibility to see that the record on appeal is sufficient for consideration and determination of the issues on appeal, and the court is under no obligation to remedy any failure of counsel to fulfill that responsibility.

**Every record on appeal must contain:**    1) the last amended complaint and answer, or the indictment or information and any superseding indictment or information;  2) the final pretrial order (if any); 3) the district court's (and bankruptcy court's or magistrate's) pertinent findings and conclusions, opinions, or orders, and, if the findings and conclusions were stated orally, a copy of the transcript pages where they appear;  4) the final judgment or order from which the appeal is taken;  5) all jury instructions when an instruction is an issue on appeal, along with proposed instructions which were refused;  6) the notice of appeal; and  7) the district court docket sheets.

The following additional items should be included in the record on appeal under the circumstances indicated:      1) when an appeal is based upon a challenge to the admission or exclusion of evidence, the giving or failure to give a jury instruction, or any other ruling or order, a copy of the pages of reporter's transcript at which the evidence, offer of proof, instruction, ruling, or order and any necessary objection are reproduced; 2) copies of key trial exhibits if the appeal requires an analysis of those exhibits (exhibits withdrawn from the district court should not be designated, but may be included in an addendum to the party's appellate

brief);  3) relevant portions of briefs, memoranda, affidavits and depositions filed in support of, or in opposition to, a substantive motion-- such as a motion for summary judgment, motion to dismiss, or jurisdictional motion, when the appeal is from an order granting or denying the motion;  4) other items, including excerpts of transcripts, if expressly referred to in the brief and relevant to an issue raised on appeal.

CLOSED,APPEAL,CUSTODY,KEW

## U.S. District Court
## Eastern District of Oklahoma (Muskogee)
## CRIMINAL DOCKET FOR CASE #: 6:17-cr-00079-RAW-1

Case title: USA v. Piette

Date Filed: 12/13/2017
Date Terminated: 02/21/2020

Assigned to: Judge Ronald A. White

Appeals court case number:
20-7008 10th Circuit

**Defendant (1)**

**Henri Michelle Piette**
*TERMINATED: 02/21/2020*
*also known as*
Henri Michel Piette
*TERMINATED: 02/21/2020*
*also known as*
Henri Billy
*TERMINATED: 02/21/2020*
*also known as*
Dan Reed
*TERMINATED: 02/21/2020*
*also known as*
Billy Ira Sloop, Jr.
*TERMINATED: 02/21/2020*
*also known as*
Michael Wayne Mansfield
*TERMINATED: 02/21/2020*
*also known as*
Christopher Allen McAnear
*TERMINATED: 02/21/2020*

represented by **Julia L. O'Connell**
Federal Public Defender – Muskogee
627 W Broadway
Muskogee, OK 74401-6220
918-687-2430
Fax: 918-687-2392
Email: julia_o'connell@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Barry L. Derryberry**
Federal Public Defender – Muskogee
627 W Broadway
Muskogee, OK 74401-6220
918-687-2340
Fax: 918-687-2392
Email: barry_derryberry@fd.org
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Paul Warren Gotcher**
Gotcher Beaver and Quinton
PO Box 160
McAlester, OK 74502
918-423-0412
Fax: 918-423-7363
Email: warren@gotcher-beaver.com
*TERMINATED: 02/20/2020*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Robert S. Williams**
Federal Public Defender – Muskogee
627 W Broadway
Muskogee, OK 74401-6220
918-687-2430
Fax: 918-687-2392
Email: robert_williams@fd.org
*TERMINATED: 05/18/2018*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

**Disposition**

| | |
|---|---|
| 18:1201(a)(1) & 1201(g) – Kidnapping (1) | Imprisonment for a term of LIFE; Supervised Release for a term of 5 years; Restitution in the amount of $50,067.00; Fine in the amount of $50,000.00; Special Assessment in the amount of $100.00. |
| 18:2423(b) Travel with Intent to Engage In Sexual Act with a Juvenile (2) | Imprisonment for a term of 360 months; Supervised Release for a term of 5 years; Restitution in the amount of $50,067.00; Fine in the amount of $50,000.00; Special Assessment in the amount of $100.00. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

| **USA** | represented by | **Edward Snow** US Attorney (OKED) 520 Denison Ave Muskogee, OK 74401 918–684–5100 Fax: 918–684–5150 Email: ed.snow@usdoj.gov *TERMINATED: 09/13/2019* *LEAD ATTORNEY* *Designation: Government Attorney* |
|---|---|---|
| | | **Clay A. Compton** US Attorney (OKED) 520 Denison Ave Muskogee, OK 74401 918–684–5167 Fax: 918–684–5150 Email: clay.compton@usdoj.gov *ATTORNEY TO BE NOTICED* *Designation: Government Attorney* |
| | | **Linda A. Epperley** US Attorney (OKED) 520 Denison Ave Muskogee, OK 74401 918–684–5100 Fax: 918–684–5150 Email: linda.epperley@usdoj.gov *ATTORNEY TO BE NOTICED* *Designation: Government Attorney* |
| | | **Sarah McAmis** |

US Attorney (OKED)
520 Denison Ave
Muskogee, OK 74401
918–684–5157
Fax: 918–684–5150
Email: sarah.mcamis@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Government Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/13/2017 | 1 | DEFENDANT INFORMATION SHEET by USA as to Henri Michelle Piette. (tls, Deputy Clerk) (Main Document 1 replaced on 12/14/2017) (tls, Deputy Clerk). (Entered: 12/14/2017) |
| 12/13/2017 | 2 | INDICTMENT by USA as to Henri Michelle Piette (1) counts 1 and 2. (tls, Deputy Clerk) (Entered: 12/14/2017) |
| 12/13/2017 | 3 | SEALED UNREDACTED VERSION of Dkt # 2 per Local Rule. (tls, Deputy Clerk) (Entered: 12/14/2017) |
| 12/13/2017 | 4 | SEALED ORDER directing warrant be issued as to defendant Henri Michelle Piette by Magistrate Judge Kimberly E. West. (tls, Deputy Clerk) (Entered: 12/14/2017) |
| 12/13/2017 | 5 | WARRANT Issued by Magistrate Judge Kimberly E. West as to Henri Michelle Piette. (tls, Deputy Clerk) (Entered: 12/14/2017) |
| 12/13/2017 | 6 | MINUTE ORDER by Magistrate Judge Kimberly E. West setting Arraignment for 1/16/2018 at 2:00 PM in Courtroom 3, Room 432, US Courthouse, 5th & Okmulgee, Muskogee, OK before Magistrate Judge Kimberly E. West as to Henri Michelle Piette. (tls, Deputy Clerk) (Entered: 12/14/2017) |
| 12/26/2017 | 7 | PETITION for Writ of Habeas Corpus ad Prosequendum for January 16, 2018, at 2:00 p.m. by USA as to Henri Michelle Piette (Snow, Edward) (Entered: 12/26/2017) |
| 12/27/2017 | 8 | ORDER by Judge Ronald A. White granting application for writ of habeas corpus ( 7 Petition for Writ of Habeas Corpus ad Prosequendum) as to Henri Michelle Piette (1) (lal, Deputy Clerk) (Entered: 12/27/2017) |
| 12/27/2017 | 9 | WRIT of Habeas Corpus ad Prosequendum Issued by Judge Ronald A. White for the appearance of Henri Michelle Piette on 1/16/2018 as to Henri Michelle Piette (lal, Deputy Clerk) (Entered: 12/27/2017) |
| 01/09/2018 | 10 | Writ of Habeas Corpus ad Prosequendum Returned as to Henri Michelle Piette (lal, Deputy Clerk) (Entered: 01/09/2018) |
| 01/16/2018 | 11 | WARRANT Returned Executed as to Henri Michelle Piette (lal, Deputy Clerk) (Entered: 01/16/2018) |
| 01/16/2018 | 12 | ATTORNEY APPEARANCE (FPD) by Robert S. Williams on behalf of Henri Michelle Piette. (adw, Deputy Clerk) (Entered: 01/16/2018) |
| 01/16/2018 | 13 | MINUTES of Proceedings held before Magistrate Judge Kimberly E. West: Arraignment held on 1/16/2018 as to Henri Michelle Piette. Defendant remanded to custody of USMS. (Court Reporter: Ken Sidwell) (adw, Deputy Clerk) (Entered: 01/16/2018) |
| 01/16/2018 | 14 | ORAL MOTION for Appointment of Counsel by Henri Michelle Piette. (adw, Deputy Clerk) (Entered: 01/16/2018) |
| 01/16/2018 | 15 | ORDER APPOINTING COUNSEL by Magistrate Judge Kimberly E. West: granting 14 Oral Motion for Appointment of Counsel as to Henri Michelle Piette (1). (Attachments: # 1 Financial Affidavit) (adw, Deputy Clerk) (Entered: 01/16/2018) |
| 01/16/2018 | 16 | MINUTE ORDER by Judge Ronald A. White setting hearings: Jury Trial set for 3/6/2018 09:00 AM in Courtroom 2, Room 224, US Courthouse, 5th & Okmulgee, Muskogee, OK before Judge Ronald A. White as to Henri Michelle Piette. (adw, Deputy Clerk) (Entered: 01/16/2018) |

| 02/05/2018 | 17 | ORDER by Judge Ronald A. White: Criminal Pretrial Conference set for 2/27/2018 at 10:00 AM in Courtroom 2, Room 224, US Courthouse, 5th & Okmulgee, Muskogee, OK before Judge Ronald A. White as to Henri Michelle Piette (cjt, Deputy Clerk) (Entered: 02/05/2018) |
|---|---|---|
| 02/05/2018 | 18 | Unopposed MOTION to Extend Scheduling Order Dates by Henri Michelle Piette. (Williams, Robert) (Entered: 02/05/2018) |
| 02/07/2018 | 19 | ORDER by Judge Ronald A. White: granting 18 Motion to Continue Scheduling Order Dates as to Henri Michelle Piette and striking Pretrial (cjt, Deputy Clerk) (Entered: 02/07/2018) |
| 02/07/2018 | 20 | MINUTE ORDER by Judge Ronald A. White: In light of the written order entered this date (Re: 19 Order), the Jury Trial previously set for 3/6/2018 at 09:00 AM has been STRICKEN and RESET for 5/1/2018 at 09:00 AM in Courtroom 2, Room 224, US Courthouse, 5th & Okmulgee, Muskogee, OK before Judge Ronald A. White as to Henri Michelle Piette. The Pretrial currently set for 2/27/2018 at 10:00 AM is STRICKEN, to be rescheduled at a later date. (cjt, Deputy Clerk) (Entered: 02/07/2018) |
| 02/13/2018 | 21 | WAIVER of Speedy Trial by Henri Michelle Piette (Williams, Robert) (Entered: 02/13/2018) |
| 04/05/2018 | 22 | Joint MOTION to Declare Case a Complex Matter by USA as to Henri Michelle Piette (Snow, Edward) (Entered: 04/05/2018) |
| 04/09/2018 | 23 | ORDER by Judge Ronald A. White granting in part Joint Motion to Declare Case a Complex Matter ( 22 Motion for Miscellaneous Relief) as to Henri Michelle Piette (lal, Deputy Clerk) (Entered: 04/09/2018) |
| 04/09/2018 | 24 | MINUTE ORDER by Judge Ronald A. White : In light of the written order entered this date (Re: 23 Ruling on Motion for Miscellaneous Relief ), the Jury Trial previously set for 5/1/2018 at 09:00 AM is STRICKEN and RESET for 7/10/2018 at 09:00 AM in Courtroom 2, Room 224, US Courthouse, 5th & Okmulgee, Muskogee, OK before Judge Ronald A. White as to Henri Michelle Piette. (lal, Deputy Clerk) (Entered: 04/09/2018) |
| 04/11/2018 | 39 | SEALED LETTERS(lal, Deputy Clerk) (Entered: 05/21/2018) |
| 04/23/2018 | 25 | NOTICE of Intent to Plead Guilty as to Henri Michelle Piette (Williams, Robert) (Entered: 04/23/2018) |
| 04/24/2018 | 26 | MINUTE ORDER by Magistrate Judge Kimberly E. West setting hearings: Change of Plea Hearing set for 4/30/2018 02:00 PM in Courtroom 3, Room 432, US Courthouse, 5th & Okmulgee, Muskogee, OK before Magistrate Judge Kimberly E. West as to Henri Michelle Piette. (adw, Deputy Clerk) (Entered: 04/24/2018) |
| 04/27/2018 | 27 | MOTION to Withdraw Document(s) (Re: 25 Notice of Intent to Plead Guilty ) by Henri Michelle Piette. (Williams, Robert) (Entered: 04/27/2018) |
| 04/27/2018 | 28 | MINUTE ORDER by Judge Ronald A. White: granting 27 Motion to Withdraw Document(s) as to Henri Michelle Piette (1). Defendant's 25 Notice of Intent to Plead Guilty is deemed withdrawn. (adw, Deputy Clerk) (Entered: 04/27/2018) |
| 04/27/2018 | 29 | MINUTE ORDER by Magistrate Judge Kimberly E. West – In light of the withdrawal of Defendant's 25 Notice of Intent to Plead Guilty, the Change of Plea hearing set before Magistrate Judge Kimberly E. West on 4/30/2018 at 2:00 PM is hereby stricken as to Henri Michelle Piette. (adw, Deputy Clerk) (Entered: 04/27/2018) |
| 05/03/2018 | 30 | SEALED MOTION (cjt, Deputy Clerk) (Entered: 05/03/2018) |
| 05/03/2018 | 31 | SEALED ORDER by Judge Ronald A. White: Re: 30 Sealed Motion (cjt, Deputy Clerk) (Entered: 05/03/2018) |
| 05/03/2018 | 32 | SEALED MOTION (cjt, Deputy Clerk) (Entered: 05/03/2018) |
| 05/03/2018 | 33 | SEALED ORDER by Judge Ronald A. White: Re: 32 Sealed Motion (cjt, Deputy Clerk) (Entered: 05/04/2018) |

| 05/04/2018 | 34 | MINUTE ORDER by Judge Ronald A. White: Pursuant to 33 Sealed Order, the Jury Trial previously set for 7/10/2018 at 9:00 AM is STRICKEN, to be reset at a later date as to Henri Michelle Piette. (cjt, Deputy Clerk) (Entered: 05/04/2018) |
| --- | --- | --- |
| 05/10/2018 | 35 | PRO SE MOTION to Withdraw Attorney(s)and Appoint New Counsel AND MOTION to Vacate/Set Aside Sealed Order filed 5/3/2018 (Re: 33 Ruling on Sealed Motion ) by Henri Michelle Piette. (lal, Deputy Clerk) (Additional attachment(s) added on 5/14/2018: # 1 Sealed PDF) (lal, Deputy Clerk). (Entered: 05/14/2018) |
| 05/14/2018 | 36 | MINUTE ORDER by Judge Ronald A. White setting hearing on Sealed Motion (Re: 35 SEALED Motion ) for 5/17/2018 at 10:30 AM in Courtroom 2, Room 224, US Courthouse, 5th & Okmulgee, Muskogee, OK before Judge Ronald A. White as to Henri Michelle Piette. (lal, Deputy Clerk) (Entered: 05/14/2018) |
| 05/17/2018 | (37) | MINUTES of Proceedings – held before Judge Ronald A. White: Motion Hearing held on 5/17/2018 as to Henri Michelle Piette (Re: 35 MOTION to Withdraw Attorney(s) MOTION to Vacate/Set Aside ) (Court Reporter: Karla McWhorter) (lal, Deputy Clerk) (Entered: 05/18/2018) |
| 05/18/2018 | 38 | ORDER by Judge Ronald A. White granting defendant's pro se request for appointment of new counsel ( 35 Motion to Withdraw Attorney(s)) and directing the Federal Public Defender to appoint new counsel as to Henri Michelle Piette (lal, Deputy Clerk) (Entered: 05/18/2018) |
| 05/24/2018 | 40 | MINUTE ORDER by Judge Ronald A. White : In light of the Order entered on 5/18/2018 (Re: 38 Ruling on Motion to Withdraw Attorney) allowing withdrawal of counsel and ordering the appointment of new counsel, the Court hereby STAYS the Sealed Order entered on 5/3/2018 (Re: 33 Ruling on Sealed Motion) directing a Federal Medical Center for Prisoners be designated and the United States Marshal Service transport defendant to said facility. The Court wishes defendants new counsel to have an opportunity to meet with defendant and at that time a determination will be made by the Court with input from all counsel as to how it intends to proceed, all as to Henri Michelle Piette. (lal, Deputy Clerk) (Entered: 05/24/2018) |
| 05/25/2018 | 41 | ATTORNEY APPEARANCE (FPD) by Warren Gotcher on behalf of Henri Michelle Piette (Gotcher, Warren) (Entered: 05/25/2018) |
| 05/25/2018 | 42 | MINUTE ORDER by Judge Ronald A. White referring newly appointed counsel to the hearing conducted on 5/17/2018 (Re: 37 Minutes of Motion Hearing) and directing defendant's counsel to confer with his client and advise the Court in writing as to how he and his client wish to proceed no later than 6/8/2018 as to Henri Michelle Piette. The government will be allowed to respond if it wishes to do so by 6/15/2018. (lal, Deputy Clerk) (Entered: 05/25/2018) |
| 05/29/2018 | 43 | PRO SE MOTION for Appointment of Counsel/Investigator by Henri Michelle Piette (With attachments) (cjt, Deputy Clerk) (Entered: 05/29/2018) |
| 05/29/2018 | 44 | ORDER by Judge Ronald A. White: denying 43 Motion for Appointment of Counsel/Investigator as to Henri Michelle Piette (cjt, Deputy Clerk) (Entered: 05/29/2018) |
| 05/31/2018 | 45 | Letter from Henri Michelle Piette (With attachments) (cjt, Deputy Clerk) (Entered: 05/31/2018) |
| 05/31/2018 | 46 | Letter from Henri Michelle Piette (With attachments) (cjt, Deputy Clerk) (Entered: 05/31/2018) |
| 05/31/2018 | 47 | Letter from Henri Michelle Piette (With attachments) (cjt, Deputy Clerk) (Entered: 05/31/2018) |
| 06/06/2018 | 49 | Letter from Henri Michelle Piette (lal, Deputy Clerk) (Entered: 06/08/2018) |
| 06/07/2018 | 48 | MOTION to Withdraw Motion to Determine Competency (Re: 32 SEALED MOTION) by Henri Michelle Piette. (Gotcher, Warren) Modified event and text on 6/8/2018 (cjt, Deputy Clerk). (Entered: 06/07/2018) |
| 06/08/2018 | 50 | MINUTE ORDER by Judge Ronald A. White: Motion Hearing set for 6/14/2018 at 01:30 PM in Courtroom 2, Room 224, US Courthouse, 5th & Okmulgee, Muskogee, OK before Judge Ronald A. White as to Henri Michelle Piette. (Re: 48 MOTION to |

| | | |
|---|---|---|
| | | Withdraw Motion to Determine Competency, 32 SEALED MOTION) (cjt, Deputy Clerk) (Entered: 06/08/2018) |
| 06/11/2018 | 51 | Letter from Henri Michelle Piette (lal, Deputy Clerk) (Entered: 06/12/2018) |
| 06/14/2018 | 52 | MINUTES of Proceedings – held before Judge Ronald A. White: Motion Hearing held on 6/14/2018 as to Henri Michelle Piette (Re: 48 MOTION to Withdraw Motion to Determine Competency ) (Court Reporter: Ken Sidwell) (lal, Deputy Clerk) (Entered: 06/15/2018) |
| 06/15/2018 | 53 | ORDER by Judge Ronald A. White denying defendant's motion construed as a motion to reconsider ( 48 Motion to Withdraw Document(s) ) as to Henri Michelle Piette (lal, Deputy Clerk) (Entered: 06/15/2018) |
| 06/18/2018 | 54 | Letter as to Henri Michelle Piette (With attachments) (lal, Deputy Clerk) (Entered: 06/22/2018) |
| 06/18/2018 | 55 | Letter from Henri Michelle Piette (With attachments) (lal, Deputy Clerk) (Entered: 06/22/2018) |
| 06/20/2018 | 56 | Letter from Henri Michelle Piette (With attachments) (lal, Deputy Clerk) (Entered: 06/22/2018) |
| 06/22/2018 | 57 | Letter from Henri Michelle Piette (With attachments) (lal, Deputy Clerk) (Entered: 06/22/2018) |
| 07/02/2018 | 61 | Letter from Henri Michelle Piette (With attachments) (lal, Deputy Clerk) (Entered: 07/11/2018) |
| 07/05/2018 | 62 | Letter from Henri Michelle Piette (With attachments) (lal, Deputy Clerk) (Entered: 07/11/2018) |
| 07/05/2018 | 63 | Letter from Henri Michelle Piette (With attachments) (lal, Deputy Clerk) (Entered: 07/11/2018) |
| 07/05/2018 | 64 | Letter from Henri Michelle Piette (With attachments) (lal, Deputy Clerk) Modified file date and regenerated NEF on 7/11/2018 (lal, Deputy Clerk). (Entered: 07/11/2018) |
| 07/09/2018 | 65 | Letter from Henri Michelle Piette (With attachments) (lal, Deputy Clerk) (Entered: 07/11/2018) |
| 07/09/2018 | 66 | Letter from Henri Michelle Piette (With attachments) (lal, Deputy Clerk) (Entered: 07/11/2018) |
| 07/10/2018 | 58 | SEALED MOTION (cjt, Deputy Clerk) (Entered: 07/10/2018) |
| 07/10/2018 | 59 | SEALED ORDER by Judge Ronald A. White: Re: 58 Sealed Motion (cjt, Deputy Clerk) (Entered: 07/10/2018) |
| 07/10/2018 | 60 | SEALED MOTION (cjt, Deputy Clerk) (Entered: 07/10/2018) |
| 07/17/2018 | 67 | SEALED ORDER by Judge Ronald A. White: Re: 60 Sealed Motion (cjt, Deputy Clerk) (Entered: 07/17/2018) |
| 08/06/2018 | 68 | SEALED LETTER(lal, Deputy Clerk) (Entered: 08/06/2018) |
| 08/27/2018 | 69 | Letter from Henri Michelle Piette (With attachments) (cjt, Deputy Clerk) (Entered: 08/29/2018) |
| 09/04/2018 | 70 | Letter from Henri Michelle Piette (With attachments) (lal, Deputy Clerk) (Entered: 09/07/2018) |
| 09/07/2018 | 71 | ORDER by Judge Ronald A. White (Re: 70 Letter ) as to Henri Michelle Piette (lal, Deputy Clerk) (Entered: 09/07/2018) |
| 09/10/2018 | 72 | Letter from Henri Michelle Piette (With attachments) (lal, Deputy Clerk) (Entered: 09/12/2018) |
| 09/13/2018 | 73 | Letter from Henri Michelle Piette (lal, Deputy Clerk) (Entered: 09/14/2018) |

| 09/18/2018 | 74 | Letter from Henri Michelle Piette (With attachments) (lal, Deputy Clerk) (Entered: 09/18/2018) |
|---|---|---|
| 09/27/2018 | 75 | Letter from Henri Michelle Piette (With attachments) (lal, Deputy Clerk) (Entered: 10/05/2018) |
| 10/02/2018 | 76 | Letter from Henri Michelle Piette (With attachments) (lal, Deputy Clerk) (Entered: 10/05/2018) |
| 10/12/2018 | 77 | Letter from Henri Michelle Piette (With attachments) (lal, Deputy Clerk) (Main Document 77 replaced due to scrivener's error on 10/15/2018) (lal, Deputy Clerk). (Entered: 10/15/2018) |
| 10/15/2018 | 78 | Letter from Henri Michelle Piette (With attachments) (lal, Deputy Clerk) (Entered: 10/15/2018) |
| 10/15/2018 | 79 | SEALED MEDICAL EVALUATION(lal, Deputy Clerk) (Entered: 10/15/2018) |
| 10/17/2018 | 80 | Letter from Henri Michelle Piette (lal, Deputy Clerk) (Entered: 10/23/2018) |
| 10/17/2018 | 81 | Letter from Henri Michelle Piette (lal, Deputy Clerk) (Entered: 10/23/2018) |
| 10/22/2018 | 84 | Letter as to Henri Michelle Piette (With attachments) (lal, Deputy Clerk) (Entered: 11/07/2018) |
| 10/25/2018 | 82 | MINUTE ORDER by Judge Ronald A. White: Competency Hearing set for 11/19/2018 at 11:00 AM in Courtroom 2, Room 224, US Courthouse, 5th & Okmulgee, Muskogee, OK before Judge Ronald A. White as to Henri Michelle Piette. (cjt, Deputy Clerk) (Entered: 10/25/2018) |
| 10/25/2018 | 85 | Letter from Henri Michelle Piette (With attachments) (lal, Deputy Clerk) (Entered: 11/07/2018) |
| 10/31/2018 | 86 | Letter from Henri Michelle Piette (With attachments) (lal, Deputy Clerk) (Entered: 11/07/2018) |
| 11/06/2018 | 83 | MINUTE ORDER by Judge Ronald A. White RESETTING Competency Hearing from 11/19/2018 at 11:00 AM to 11/19/2018 at 10:30 AM (TIME CHANGE ONLY) in Courtroom 2, Room 224, US Courthouse, 5th & Okmulgee, Muskogee, OK before Judge Ronald A. White as to Henri Michelle Piette. (lal, Deputy Clerk) (Entered: 11/06/2018) |
| 11/06/2018 | 87 | Letter from Henri Michelle Piette (With attachments) (lal, Deputy Clerk) (Entered: 11/07/2018) |
| 11/07/2018 | 88 | MINUTE ORDER by Judge Ronald A. White : At the oral request of defendant's counsel, the Competency Hearing set for 11/19/2018 at 10:30 AM is RESET for 11/19/2018 at 11:30 AM (TIME CHANGE ONLY) in Courtroom 2, Room 224, US Courthouse, 5th & Okmulgee, Muskogee, OK before Judge Ronald A. White as to Henri Michelle Piette. (lal, Deputy Clerk) (Entered: 11/07/2018) |
| 11/13/2018 | 89 | Letter from Henri Michelle Piette (With attachments) (lal, Deputy Clerk) (Entered: 11/15/2018) |
| 11/16/2018 | 90 | SEALED MOTION (cjt, Deputy Clerk) (Entered: 11/16/2018) |
| 11/16/2018 | 91 | SEALED ORDER by Judge Ronald A. White Re: 90 Sealed Motion (cjt, Deputy Clerk) (Entered: 11/16/2018) |
| 11/16/2018 | 92 | SEALED MOTION (cjt, Deputy Clerk) (Entered: 11/16/2018) |
| 11/19/2018 | 93 | MINUTES of Proceedings – held before Judge Ronald A. White: Competency Hearing held on 11/19/2018 as to Henri Michelle Piette (Court Reporter: Karla McWhorter) (Attachments: # 1 Exhibit and Witness List) (lal, Deputy Clerk) (Entered: 11/19/2018) |
| 11/19/2018 | 94 | ORDER by Judge Ronald A. White finding defendant competent to stand trial as to Henri Michelle Piette (lal, Deputy Clerk) (Entered: 11/19/2018) |
| 11/20/2018 | 95 | ORDER by Judge Ronald A. White granting defendant's oral motion for continuance (Re: 93 Minutes of Competency Hearing ) and setting Jury Trial for 5/7/2019 at 09:00 |

| | | |
|---|---|---|
| | | AM in Courtroom 2, Room 224, US Courthouse, 5th & Okmulgee, Muskogee, OK before Judge Ronald A. White as to Henri Michelle Piette. (lal, Deputy Clerk) (Entered: 11/20/2018) |
| 11/26/2018 | 96 | SEALED ORDER by Judge Ronald A. White Re: 92 Sealed Motion (cjt, Deputy Clerk) (Entered: 11/26/2018) |
| 11/27/2018 | 97 | ORDER by Judge Ronald A. White that any piece of mail received from defendant shall be immediately forwarded to both the prosecutor and defense counsel unread by the court as to Henri Michelle Piette (lal, Deputy Clerk) (Entered: 11/28/2018) |
| 01/22/2019 | 98 | Letter from Henri Michelle Piette (cjt, Deputy Clerk) Modified on 1/23/2019 to seal document – filed in error (cjt, Deputy Clerk). (Entered: 01/22/2019) |
| 01/22/2019 | 99 | Letter from Henri Michelle Piette (With attachments) (cjt, Deputy Clerk) Modified on 1/23/2019 to seal document – filed in error (cjt, Deputy Clerk). (Entered: 01/22/2019) |
| 01/22/2019 | 100 | Letter from Henri Michelle Piette (With attachments) (cjt, Deputy Clerk) Modified on 1/23/2019 to seal document – filed in error (cjt, Deputy Clerk). (Entered: 01/22/2019) |
| 02/20/2019 | 101 | SUBPOENAS (50 blank) Issued by Court Clerk as to Henri Michelle Piette (lal, Deputy Clerk) (Entered: 02/20/2019) |
| 02/20/2019 | 102 | PRO SE MOTION for Bill of Particulars by Henri Michelle Piette. (With attachments)(lal, Deputy Clerk) Modified docket entry text on 2/22/2019 (lal, Deputy Clerk). (Entered: 02/22/2019) |
| 02/20/2019 | 103 | PRO SE MOTION for Bill of Particulars by Henri Michelle Piette. (With attachments)(lal, Deputy Clerk) (Entered: 02/22/2019) |
| 02/25/2019 | 104 | ORDER by Judge Ronald A. White denying without prejudice defendant's pro se motions requesting a bill of particulars ( 102 Motion for Bill of Particulars; 103 Motion for Bill of Particulars) as to Henri Michelle Piette (lal, Deputy Clerk) (Entered: 02/25/2019) |
| 03/06/2019 | 105 | SEALED MOTION (cjt, Deputy Clerk) (Entered: 03/06/2019) |
| 03/06/2019 | 106 | SEALED ORDER by Judge Ronald A. White Re: 105 Sealed Motion (cjt, Deputy Clerk) (Entered: 03/06/2019) |
| 03/06/2019 | 107 | SEALED MOTION (cjt, Deputy Clerk) (Entered: 03/06/2019) |
| 03/06/2019 | 108 | SEALED ORDER by Judge Ronald A. White Re: 107 Sealed Motion (cjt, Deputy Clerk) (Entered: 03/06/2019) |
| 03/14/2019 | (109) | MOTION to Continue Hearing(s) by Henri Michelle Piette. (Gotcher, Warren) (Entered: 03/14/2019) |
| 03/26/2019 | (110) | RESPONSE in Opposition to Motion (Re: 109 MOTION to Continue Hearing(s) ) by USA as to Henri Michelle Piette (Snow, Edward) (Entered: 03/26/2019) |
| 03/27/2019 | 111 | MINUTE ORDER by Judge Ronald A. White setting hearing on defendant's Motion to Continue (Re: 109 MOTION to Continue Hearing(s)) for 4/3/2019 at 10:30 AM in Courtroom 2, Room 224, US Courthouse, 5th & Okmulgee, Muskogee, OK before Judge Ronald A. White as to Henri Michelle Piette. (lal, Deputy Clerk) (Entered: 03/27/2019) |
| 04/01/2019 | 112 | PRO SE MOTION for Bill of Particulars by Henri Michelle Piette. (With attachments)(lal, Deputy Clerk) (Entered: 04/01/2019) |
| 04/01/2019 | 113 | MINUTE ORDER by Judge Ronald A. White denying defendant's pro se motion for bill of particulars filed 4/1/2019 ( 112 Motion for Bill of Particulars) as to Henri Michelle Piette for the reason defendant is represented by counsel. [See United States vs. Sandoval–DeLao, 283 Fed. Appx. 621, 625 (10th Cir. 2008) and United States vs. Castellon, 218 Fed. Appx 775, 780 (10th Cir. 2007)]. (lal, Deputy Clerk) (Entered: 04/01/2019) |
| 04/03/2019 | 114 | SEALED MOTION (cjt, Deputy Clerk) (Entered: 04/03/2019) |

| 04/03/2019 | 115 | SEALED ORDER by Judge Ronald A. White Re: 114 Sealed Motion (cjt, Deputy Clerk) (Entered: 04/03/2019) |
|---|---|---|
| 04/03/2019 | 116 | SEALED MOTION (cjt, Deputy Clerk) (Entered: 04/03/2019) |
| 04/03/2019 | 118 | MINUTES of Proceedings – held before Judge Ronald A. White: Motion Hearing held on 4/3/2019 as to Henri Michelle Piette (Re: 109 MOTION to Continue Hearing(s) ) (Court Reporter: Karla McWhorter) (lal, Deputy Clerk) (Entered: 04/04/2019) |
| 04/04/2019 | 117 | ATTORNEY APPEARANCE by Sarah McAmis on behalf of USA (McAmis, Sarah) (Entered: 04/04/2019) |
| 04/04/2019 | 119 | ORDER by Judge Ronald A. White granting defendant's motion for continuance ( 109 Motion to Continue Hearing(s)) as to Henri Michelle Piette (1) (lal, Deputy Clerk) (Entered: 04/04/2019) |
| 04/04/2019 | 120 | MINUTE ORDER by Judge Ronald A. White: In light of the written order entered today (Re: 119 Ruling on Motion to Continue Hearing(s)), the jury trial previously set for 5/7/2019 at 09:00 AM is STRICKEN AND RESET for 5/29/2019 at 09:00 AM in Courtroom 2, Room 224, US Courthouse, 5th & Okmulgee, Muskogee, OK before Judge Ronald A. White as to Henri Michelle Piette. A criminal pretrial conference will be conducted on 5/23/2019 at a time to be determined later. (lal, Deputy Clerk) Modified on 4/9/2019 to delete document and regenerate NEF (dma, Deputy Clerk). (Entered: 04/04/2019) |
| 04/04/2019 | 121 | SUBPOENAS Issued (40 blank) by Court Clerk as to Henri Michelle Piette (tls, Deputy Clerk) (Entered: 04/04/2019) |
| 04/11/2019 | 122 | SUBPOENAS Issued (20 blank) by Court Clerk as to Henri Michelle Piette (cjt, Deputy Clerk) (Entered: 04/11/2019) |
| 04/11/2019 | 123 | SEALED ORDER by Judge Ronald A. White Re: 116 Sealed Motion (cjt, Deputy Clerk) (Entered: 04/11/2019) |
| 04/23/2019 | 124 | MOTION for Permission to Take Depositions by Henri Michelle Piette. (Gotcher, Warren) (Entered: 04/23/2019) |
| 04/23/2019 | 125 | MINUTE ORDER by Judge Ronald A. White directing the government file an EXPEDITED response to defendant's Motion for Permission to Take Depositions (Re: 124 MOTION For Permission to Take Depositions ) no later than 4/26/2019 as to Henri Michelle Piette. (lal, Deputy Clerk) (Entered: 04/23/2019) |
| 04/23/2019 | 126 | MOTION for Notice of Any 404(b) Evidence by Henri Michelle Piette. (Gotcher, Warren) (Entered: 04/23/2019) |
| 04/23/2019 | 127 | RESPONSE in Opposition to Motion (Re: 124 MOTION for Permission to Take Depositions) by USA as to Henri Michelle Piette (Snow, Edward) (Entered: 04/23/2019) |
| 04/24/2019 | 128 | ORDER by Judge Ronald A. White: denying 124 Defendant's Motion for Permission to Take Depositions as to Henri Michelle Piette (cjt, Deputy Clerk) (Entered: 04/24/2019) |
| 05/06/2019 | 129 | MOTION to Dismiss by Henri Michelle Piette. (Gotcher, Warren) (Entered: 05/06/2019) |
| 05/06/2019 | 130 | MOTION for Expert Witnesses by Henri Michelle Piette. (Gotcher, Warren) (Entered: 05/06/2019) |
| 05/07/2019 | 131 | SEALED MOTION by Henri Michelle Piette. (Gotcher, Warren) Modified docket entry text on 5/10/2019 (lal, Deputy Clerk). (Entered: 05/07/2019) |
| 05/07/2019 | 132 | NOTICE Government's Notice of Res Gestae Evidence and Notice of Intent to Admit Evidence of Other Child Molestations and Notice of Intent to Admit Evidence of Other Crimes, Wrongs or Acts by USA as to Henri Michelle Piette (Snow, Edward) (Entered: 05/07/2019) |
| 05/07/2019 | 133 | SEALED MOTION (cjt, Deputy Clerk) (Entered: 05/07/2019) |

| 05/07/2019 | 134 | SEALED ORDER by Judge Ronald A. White Re: 133 Sealed Motion (cjt, Deputy Clerk) (Entered: 05/07/2019) |
|---|---|---|
| 05/08/2019 | 135 | SEALED ORDER by Judge Ronald A. White Re: 131 Sealed Motion (cjt, Deputy Clerk) (Entered: 05/08/2019) |
| 05/09/2019 | 136 | RESPONSE in Opposition to Motion (Re: 129 MOTION to Dismiss ) by USA as to Henri Michelle Piette (Snow, Edward) (Entered: 05/09/2019) |
| 05/09/2019 | 137 | ORDER by Judge Ronald A. White : Criminal Pretrial Conference set for 5/23/2019 at 01:00 PM in Courtroom 2, Room 224, US Courthouse, 5th & Okmulgee, Muskogee, OK before Judge Ronald A. White as to Henri Michelle Piette (lal, Deputy Clerk) (Entered: 05/09/2019) |
| 05/09/2019 | 138 | MINUTE ORDER by Judge Ronald A. White granting defendant's Motion for Notice of Any 404(b) Evidence filed 4/23/2019 ( 126 Motion for Miscellaneous Relief ) and directing the government to do so, if it has not already, no later than 5/17/2019 at 12:00 Noon as to Henri Michelle Piette. (lal, Deputy Clerk) (Entered: 05/09/2019) |
| 05/09/2019 | 139 | MINUTE ORDER by Judge Ronald A. White granting defendant's Request for Expert Witnesses filed 5/6/2019 ( 130 Motion for Miscellaneous Relief) and directing the government to disclose the information, if it has not already, no later than 5/17/2019 at 12:00 Noon to as to Henri Michelle Piette. (lal, Deputy Clerk) (Entered: 05/09/2019) |
| 05/13/2019 | 140 | ORDER by Judge Ronald A. White denying without prejudice defendant's Motion to Dismiss for Limitations ( 129 Motion to Dismiss) as to Henri Michelle Piette (lal, Deputy Clerk) (Entered: 05/13/2019) |
| 05/13/2019 | 141 | SEALED MOTION(lal, Deputy Clerk) (Entered: 05/13/2019) |
| 05/13/2019 | 142 | SEALED ORDER by Judge Ronald A. White ( 141 Sealed Motion) as to Henri Michelle Piette (lal, Deputy Clerk) (Entered: 05/13/2019) |
| 05/13/2019 | 143 | SEALED MOTION(lal, Deputy Clerk) (Entered: 05/13/2019) |
| 05/14/2019 | 144 | SEALED ORDER by Judge Ronald A. White ( 143 Sealed Motion ; 131 Sealed Motion) as to Henri Michelle Piette (lal, Deputy Clerk) (Entered: 05/14/2019) |
| 05/14/2019 | 145 | MOTION in Limine and MOTION for Daubert Hearing by Henri Michelle Piette. (Gotcher, Warren). Added MOTION for Hearing on 5/14/2019 (lal, Deputy Clerk). (Entered: 05/14/2019) |
| 05/14/2019 | 146 | MINUTE ORDER by Judge Ronald A. White directing the government file an EXPEDITED response to defendant's Motion in Limine Re: Expert Testimony Request for a Daubert/Kumho Hearing filed 5/14/2019 (Re: 145 MOTION in Limine MOTION for Hearing ) no later than 5/20/2019 at 12:00 Noon as to Henri Michelle Piette. (lal, Deputy Clerk) (Entered: 05/14/2019) |
| 05/14/2019 | 147 | MINUTE ORDER by Judge Ronald A. White granting defendant's request and setting hearing on defendant's Motion in Limine Re: Expert Testimony(Re: 145 MOTION in Limine MOTION for Hearing ) for 5/23/2019 at 01:00 PM in Courtroom 2, Room 224, US Courthouse, 5th & Okmulgee, Muskogee, OK before Judge Ronald A. White as to Henri Michelle Piette. (lal, Deputy Clerk) (Entered: 05/14/2019) |
| 05/14/2019 | 148 | NOTICE of Intent to Offer Expert Witness by USA as to Henri Michelle Piette (With attachments) (Snow, Edward) (Entered: 05/14/2019) |
| 05/14/2019 | 149 | RESPONSE in Opposition to Motion (Re: 145 MOTION in Limine MOTION for Hearing ) by USA as to Henri Michelle Piette (Snow, Edward) (Entered: 05/14/2019) |
| 05/14/2019 | 150 | SEALED MINUTE ORDER by Judge Ronald A. White (lal, Deputy Clerk) (Entered: 05/14/2019) |
| 05/15/2019 | 151 | MOTION in Limine by Henri Michelle Piette. (Gotcher, Warren) (Entered: 05/15/2019) |
| 05/15/2019 | 152 | NOTICE of Intent to Offer Expert Witness by USA as to Henri Michelle Piette (McAmis, Sarah) (Entered: 05/15/2019) |

| 05/16/2019 | 153 | RESPONSE in Opposition to Motion (Re: 145 MOTION in Limine MOTION for Hearing ) by USA as to Henri Michelle Piette (McAmis, Sarah) (Entered: 05/16/2019) |
| 05/16/2019 | 154 | NOTICE of Submission of Electronic Media Exhibits by USA as to Henri Michelle Piette (Snow, Edward) (Entered: 05/16/2019) |
| 05/17/2019 | 155 | MOTION for Permission to Take Depositions by Henri Michelle Piette. (Gotcher, Warren) (Entered: 05/17/2019) |
| 05/17/2019 | 156 | PROPOSED VOIR DIRE by USA as to Henri Michelle Piette (Snow, Edward) (Entered: 05/17/2019) |
| 05/17/2019 | 157 | TRIAL BRIEF by USA as to Henri Michelle Piette (Snow, Edward) (Entered: 05/17/2019) |
| 05/17/2019 | 158 | PROPOSED JURY INSTRUCTIONS by USA as to Henri Michelle Piette (Snow, Edward) (Entered: 05/17/2019) |
| 05/20/2019 | 159 | MOTION to Continue Hearing(s) by Henri Michelle Piette. (Gotcher, Warren) (Entered: 05/20/2019) |
| 05/20/2019 | 160 | PROPOSED VOIR DIRE as to Henri Michelle Piette (Gotcher, Warren) (Entered: 05/20/2019) |
| 05/20/2019 | 161 | NOTICE OF NCIS as to Henri Michelle Piette (With attachments) (Gotcher, Warren) (Entered: 05/20/2019) |
| 05/20/2019 | 162 | TRIAL BRIEF as to Henri Michelle Piette (Gotcher, Warren) (Entered: 05/20/2019) |
| 05/20/2019 | 163 | PROPOSED JURY INSTRUCTIONS as to Henri Michelle Piette (Gotcher, Warren) (Entered: 05/20/2019) |
| 05/20/2019 | 164 | MINUTE ORDER by Judge Ronald A. White: Directing Government to file an expedited response by 5/22/2019 at 12:00 Noon as to Henri Michelle Piette (Re: 159 MOTION for Continuance). (cjt, Deputy Clerk) (Entered: 05/20/2019) |
| 05/21/2019 | 165 | RESPONSE in Opposition to Motion (Re: 159 MOTION to Continue Hearing(s) ) by USA as to Henri Michelle Piette (Snow, Edward) (Entered: 05/21/2019) |
| 05/22/2019 | 166 | OBJECTION to Defendant's Notice of Introduction of NCIC Report and Expert Witness (Re: 161 Notice (Other)) by USA as to Henri Michelle Piette (McAmis, Sarah) (Entered: 05/22/2019) |
| 05/22/2019 | 167 | SEALED MOTION (cjt, Deputy Clerk) (Entered: 05/22/2019) |
| 05/22/2019 | 168 | SEALED ORDER by Judge Ronald A. White Re: 167 Sealed Motion (cjt, Deputy Clerk) (Entered: 05/22/2019) |
| 05/22/2019 | 169 | SEALED MOTION (cjt, Deputy Clerk) (Entered: 05/22/2019) |
| 05/22/2019 | 170 | SEALED MINUTE ORDER by Judge Ronald A. White Re: 169 Sealed Motion (cjt, Deputy Clerk) (Entered: 05/22/2019) |
| 05/23/2019 | 171 | SEALED STIPULATION (cjt, Deputy Clerk) (Entered: 05/23/2019) |
| 05/23/2019 | 173 | MINUTES of Proceedings – held before Judge Ronald A. White: Motions Hearing/Criminal Pretrial Conference held on 5/23/2019 as to Henri Michelle Piette (Re: 159 MOTION to Continue Hearing(s) , 151 MOTION in Limine , 145 MOTION in Limine MOTION for Hearing, 155 MOTION for Permission to Take Depositions ) (Court Reporter: Ken Sidwell) (lal, Deputy Clerk) (Entered: 05/28/2019) |
| 05/23/2019 | 174 | NOTICE of Consent to US Magistrate for Jury Selection with ORDER of Reference thereon by USA and Henri Michelle Piette as to Henri Michelle Piette (lal, Deputy Clerk) (Entered: 05/28/2019) |
| 05/23/2019 | 175 | MINUTE ORDER by Judge Ronald A. White : Jury Selection is set for 5/29/2019 at 09:00 AM in Courtroom 2, Room 224, US Courthouse, 5th & Okmulgee, Muskogee, OK before Judge Kimberly E. West with the start of the evidence to commence on 5/29/2019 at 01:00 PM in Courtroom 2, Room 224, US Courthouse, 5th & Okmulgee, Muskogee, OK before Judge Ronald A. White as to Henri Michelle Piette. (lal, Deputy Clerk) Modified docket entry text and regenerated NEF on 5/28/2019 (lal, Deputy |

| | | Clerk). (Entered: 05/28/2019) |
|---|---|---|
| 05/24/2019 | 172 | NOTICE of Introduction of NCIC Report and Expert Witness and Supplement Thereto as to Henri Michelle Piette (With attachments) (Gotcher, Warren) (Entered: 05/24/2019) |
| 05/24/2019 | 178 | SEALED DOCUMENT (cjt, Deputy Clerk) (Entered: 05/28/2019) |
| 05/28/2019 | 176 | ORDER by Judge Ronald A. White denying defendant's motion in limine ( 151 Motion in Limine), denying as moot defendant's motion for permission to take depositions ( 155 Motion for Miscellaneous Relief) and denying defendant's motion for continuance ( 159 Motion to Continue Hearing(s)) as to Henri Michelle Piette (lal, Deputy Clerk) (Entered: 05/28/2019) |
| 05/28/2019 | 177 | ORDER by Judge Ronald A. White preliminarily overruling government's objection regarding NCIC Report as to Henri Michelle Piette (lal, Deputy Clerk) (Entered: 05/28/2019) |
| 05/28/2019 | 179 | SEALED DOCUMENT (cjt, Deputy Clerk) (Entered: 05/28/2019) |
| 05/29/2019 | 180 | MINUTES of Proceedings held before Magistrate Judge Kimberly E. West: Jury Selection held on 5/29/2019 as to Henri Michelle Piette. (Court Reporter: Ken Sidwell) (adw, Deputy Clerk) (Entered: 05/29/2019) |
| 05/29/2019 | 181 | MINUTES of Proceedings – held before Judge Ronald A. White: Jury Trial held on 5/29/2019 as to Henri Michelle Piette (Court Reporter: Ken Sidwell) (lal, Deputy Clerk) (Main Document 181 replaced due to scrivener's error in caption and NEF regenerated on 5/30/2019) (lal, Deputy Clerk). (Entered: 05/30/2019) |
| 05/29/2019 | 182 | MINUTE ORDER by Judge Ronald A. White setting continuation of Jury Trial for 5/30/2019 at 09:00 AM in Courtroom 2, Room 224, US Courthouse, 5th & Okmulgee, Muskogee, OK before Judge Ronald A. White as to Henri Michelle Piette. (lal, Deputy Clerk) (Entered: 05/30/2019) |
| 05/30/2019 | 183 | MINUTES of Proceedings – held before Judge Ronald A. White: Jury Trial held on 5/30/2019 as to Henri Michelle Piette (Court Reporter: Ken Sidwell) (lal, Deputy Clerk) (Main Document 183 replaced due to scrivener's error and NEF regenerated on 5/30/2019) (lal, Deputy Clerk). (Entered: 05/30/2019) |
| 05/30/2019 | 184 | MINUTE ORDER by Judge Ronald A. White setting continuation of Jury Trial for 5/31/2019 at 09:00 AM in Courtroom 2, Room 224, US Courthouse, 5th & Okmulgee, Muskogee, OK before Judge Ronald A. White as to Henri Michelle Piette. (lal, Deputy Clerk) (Entered: 05/30/2019) |
| 05/31/2019 | 185 | MINUTES of Proceedings – held before Judge Ronald A. White: Jury Trial held on 5/31/2019 as to Henri Michelle Piette (Court Reporter: Ken Sidwell) (lal, Deputy Clerk) (Entered: 05/31/2019) |
| 05/31/2019 | 186 | MINUTE ORDER by Judge Ronald A. White setting continuation of Jury Trial for 6/3/2019 at 09:00 AM in Courtroom 2, Room 224, US Courthouse, 5th & Okmulgee, Muskogee, OK before Judge Ronald A. White as to Henri Michelle Piette. (lal, Deputy Clerk) (Entered: 05/31/2019) |
| 06/03/2019 | 190 | MINUTES of Proceedings – held before Judge Ronald A. White: Jury Trial (and Daubert Hearing) held on 6/3/2019 as to Henri Michelle Piette (Re: 145 MOTION in Limine MOTION for Hearing ) (Court Reporter: Karla McWhorter) (lal, Deputy Clerk) (Additional attachment(s) added on 6/10/2019: # 1 Witness List for Daubert Hearing) (lal, Deputy Clerk). (Entered: 06/05/2019) |
| 06/03/2019 | 191 | MINUTE ORDER by Judge Ronald A. White denying defendant's Motion in Limine Re: Expert Testimony ( 145 Motion in Limine) and granting defendant's Request for a Daubert/Kumho Hearing ( 145 Motion for Hearing) as to Henri Michelle Piette. (lal, Deputy Clerk) (Entered: 06/05/2019) |
| 06/03/2019 | 192 | MINUTE ORDER by Judge Ronald A. White setting continuation of Jury Trial for 6/4/2019 at 09:00 AM in Courtroom 2, Room 224, US Courthouse, 5th & Okmulgee, Muskogee, OK before Judge Ronald A. White as to Henri Michelle Piette. (lal, Deputy Clerk) (Entered: 06/05/2019) |

| 06/04/2019 | (187) | SEALED SUBPOENA RETURN (cjt, Deputy Clerk) (Entered: 06/04/2019) |
|---|---|---|
| 06/04/2019 | (188) | SEALED SUBPOENA RETURN (cjt, Deputy Clerk) (Entered: 06/04/2019) |
| 06/04/2019 | (193) | MINUTES of Proceedings – held before Judge Ronald A. White: Jury Trial (and Jackson/Denno Hearing) held on 6/4/2019 as to Henri Michelle Piette (Court Reporter: Karla McWhorter) (lal, Deputy Clerk) (Additional attachment(s) added and NEF regenerated on 6/10/2019: # 1 Witness List for Jackson/Denno Hearing) (lal, Deputy Clerk). (Entered: 06/06/2019) |
| 06/04/2019 | 194 | MINUTE ORDER by Judge Ronald A. White setting continuation of Jury Trial for 6/5/2019 at 09:00 AM in Courtroom 2, Room 224, US Courthouse, 5th & Okmulgee, Muskogee, OK before Judge Ronald A. White as to Henri Michelle Piette. (lal, Deputy Clerk) (Entered: 06/06/2019) |
| 06/05/2019 | (189) | PROPOSED JURY INSTRUCTIONS by USA as to Henri Michelle Piette (Snow, Edward) (Entered: 06/05/2019) |
| 06/05/2019 | (195) | MINUTES of Proceedings – held before Judge Ronald A. White: Jury Trial held on 6/5/2019 as to Henri Michelle Piette (Court Reporter: Karla McWhorter) (lal, Deputy Clerk) (Entered: 06/07/2019) |
| 06/05/2019 | 196 | STIPULATION by USA and Henri Michelle Piette as to Henri Michelle Piette (lal, Deputy Clerk) (Entered: 06/07/2019) |
| 06/05/2019 | 197 | MINUTE ORDER by Judge Ronald A. White setting continuation of Jury Trial for 6/6/2019 at 09:00 AM in Courtroom 2, Room 224, US Courthouse, 5th & Okmulgee, Muskogee, OK before Judge Ronald A. White as to Henri Michelle Piette.(lal, Deputy Clerk) (Entered: 06/07/2019) |
| 06/06/2019 | (198) | MINUTES of Proceedings – held before Judge Ronald A. White: Jury Trial concluded on 6/6/2019 as to Henri Michelle Piette (Court Reporter: Karla McWhorter) (Attachments: # 1 Witness List by plaintiff, # 2 Exhibit List by plaintiff, # 3 Witness List by defendant, # 4 Exhibit List by defendant) (lal, Deputy Clerk) (Entered: 06/10/2019) |
| 06/06/2019 | 199 | JURY INSTRUCTIONS by Judge Ronald A. White as to Henri Michelle Piette (lal, Deputy Clerk) (Entered: 06/10/2019) |
| 06/06/2019 | 200 | JURY VERDICT – Redacted as to Henri Michelle Piette (1) Guilty on Count 1,2 (lal, Deputy Clerk) (Entered: 06/10/2019) |
| 06/06/2019 | (201) | JURY VERDICT – Unredacted as to Henri Michelle Piette (lal, Deputy Clerk) (Entered: 06/10/2019) |
| 06/06/2019 | 202 | Jury Notes – Redacted as to Henri Michelle Piette (lal, Deputy Clerk) (Entered: 06/10/2019) |
| 06/06/2019 | (203) | Jury Notes – Unredacted as to Henri Michelle Piette (lal, Deputy Clerk) (Entered: 06/10/2019) |
| 06/06/2019 | (204) | MINUTE ORDER by Judge Ronald A. White directing the parties to retrieve their respective trial exhibits, if they have not already done so, with said exhibits to be maintained for possible appeal purposes as to Henri Michelle Piette. (lal, Deputy Clerk) (Entered: 06/10/2019) |
| 06/19/2019 | 205 | SEALED SUBPOENA RETURN (cjt, Deputy Clerk) (Entered: 06/19/2019) |
| 07/03/2019 | 206 | MINUTE ORDER by Judge Ronald A. White directing the government withdraw its electronic media exhibits that were provided to the Court for in camera review on 5/16/2019 (Re: 154 Notice (Other) ) as to Henri Michelle Piette. (lal, Deputy Clerk) (Entered: 07/03/2019) |
| 07/18/2019 | 207 | SEALED MOTION (cjt, Deputy Clerk) (Entered: 07/18/2019) |
| 07/18/2019 | 208 | SEALED ORDER by Judge Ronald A. White Re: 207 Sealed Motion (cjt, Deputy Clerk) (Entered: 07/18/2019) |
| 07/18/2019 | 209 | SEALED MOTION (cjt, Deputy Clerk) (Entered: 07/22/2019) |

| | | |
|---|---|---|
| 07/23/2019 | 210 | SEALED ORDER by Judge Ronald A. White Re: 209 Sealed Motion (cjt, Deputy Clerk) (Main Document 210 replaced on 7/25/2019 to correct caption) (cjt, Deputy Clerk). (Entered: 07/23/2019) |
| 10/31/2019 | 211 | DRAFT PRESENTENCE INVESTIGATION REPORT as to Henri Michelle Piette. NOTE: This document will only be accessible to the government attorney and the attorney for the applicable defendant. Other defendants and the general public will NOT be able to view this draft document. The Court considers this Presentence Investigation Report confidential information, and everyone who receives a copy of this document is responsible for any further disclosures. Parties should submit objections to this report by secure e−mail in pdf format to USPO Hilton, elizabeth_hilton@okep.uscourts.gov. Government objections to Draft Presentence Investigation Report due no later than 11/14/2019 pursuant to Rule 32. Defendants objections to Draft Presentence Investigation Report due no later than 11/14/2019 pursuant to Rule 32. (tah, USPO Clerk) (Entered: 10/31/2019) |
| 11/08/2019 | 212 | NOTICE OF NO OBJECTION to Presentence Investigation Report by AUSA Sarah McAmis re 211 Draft Presentence Investigation Report. Access to any attachment is available only to the following parties: USA, Henri Michelle Piette. Other defendants and the general public will NOT be able to view attachments to this entry. (Teague, USPO) (Entered: 11/08/2019) |
| 11/12/2019 | 214 | PRO SE MOTION to Withdraw Attorney by Henri Michelle Piette. (lal, Deputy Clerk) (Entered: 11/22/2019) |
| 11/22/2019 | 213 | OBJECTION TO DRAFT PRESENTENCE INVESTIGATION REPORT by Henri Michelle Piette re 211 Draft Presentence Investigation Report. Access to this document is available only to the following parties: USA, Henri Michelle Piette. Other defendants and the general public will NOT be able to view this document. (tah, USPO Clerk) (Entered: 11/22/2019) |
| 12/03/2019 | 215 | RESPONSE TO OBJECTION OF DRAFT PRESENTENCE INVESTIGATION REPORT by USA re 213 Objection to Draft Presentence Investigation Report. Access to this document is available only to the following parties: USA, Henri Michelle Piette. Other defendants and the general public will NOT be able to view this document. (tah, USPO Clerk) (Entered: 12/03/2019) |
| 01/07/2020 | 216 | ADDENDUM TO PRESENTENCE INVESTIGATION REPORT re 211 Draft Presentence Investigation Report, as to Henri Michelle Piette. NOTE: This document will only be accessible to appropriate court staff, the government attorney and the attorney for the applicable defendant. Other defendants in the case and the general public will NOT be able to view this document. The Court considers this Addendum confidential information, and everyone who receives a copy of this document is responsible for any further disclosures. (tah, USPO Clerk) (Entered: 01/07/2020) |
| 01/07/2020 | 217 | FINAL PRESENTENCE INVESTIGATION REPORT as to Henri Michelle Piette. NOTE: This document will only be accessible to appropriate court staff, the government attorney and the attorney for the applicable defendant. Other defendants in the case and the general public will NOT be able to view this document. The Court considers this Presentence Investigation Report confidential information, and everyone who receives a copy of this document is responsible for any further disclosures. (tah, USPO Clerk) (Entered: 01/07/2020) |
| 01/21/2020 | 218 | MOTION for Variance by Henri Michelle Piette. (Gotcher, Paul) (Entered: 01/21/2020) |
| 01/21/2020 | 219 | MOTION to Withdraw Attorney by Henri Michelle Piette. (Gotcher, Paul) (Entered: 01/21/2020) |
| 01/29/2020 | 220 | RESPONSE in Opposition to Motion (Re: 218 MOTION for Variance ) by USA as to Henri Michelle Piette (McAmis, Sarah) (Entered: 01/29/2020) |
| 01/29/2020 | 221 | MINUTE ORDER by Judge Ronald A. White setting hearing on all pending motions (Re: 219 MOTION to Withdraw Attorney, 214 MOTION to Withdraw Attorney, 218 MOTION for Variance) AND sentencing for 2/20/2020 at 10:00 AM in Courtroom 2, Room 224, US Courthouse, 5th & Okmulgee, Muskogee, OK before Judge Ronald A. White as to Henri Michelle Piette. (lal, Deputy Clerk) (Entered: 01/29/2020) |

| 01/29/2020 | 222 | MINUTE ORDER by Judge Ronald A. White RESETTING hearing on pending motions (Re: 219 MOTION to Withdraw Attorney, 214 MOTION to Withdraw Attorney, 218 MOTION for Variance) AND sentencing for 2/20/2020 at 2:00 PM (TIME CHANGE ONLY) in Courtroom 2, Room 224, US Courthouse, 5th & Okmulgee, Muskogee, OK before Judge Ronald A. White as to Henri Michelle Piette. (lal, Deputy Clerk) (Entered: 01/29/2020) |
|---|---|---|
| 02/20/2020 | 223 | MINUTES of Proceedings held before Judge Ronald A. White: Motion Hearing and Sentencing held on 2/20/2020 as to Henri Michelle Piette (Re: 219 MOTION to Withdraw Attorney, 214 MOTION to Withdraw Attorney, 218 MOTION for Variance) (Court Reporter: Karla McWhorter) (tls, Deputy Clerk) (Additional attachment(s) added and NEF regenerated on 2/24/2020: # 1 Exhibit Court Ex 1 – part 1, # 2 Exhibit Court Ex 1 – part 2, # 3 Exhibit Court Ex 1 – part 3, # 4 Exhibit Court Ex 1 – part 4, # 5 Exhibit Court Ex 1 – part 5, # 6 Exhibit Court Ex 1 – part 6, # 7 Exhibit Court Ex 1 – part 7, # 8 Exhibit Court Ex 1 – part 8, # 9 Exhibit Court Ex 1 – part 9, # 10 Exhibit Court Ex 1 – part 10, # 11 Exhibit Court Ex 1 – part 11, # 12 Exhibit Court Ex 1 – part 12) (tls, Deputy Clerk). (Entered: 02/21/2020) |
| 02/20/2020 | 224 | PRO SE NOTICE OF APPEAL to Circuit Court (Re: 226 Judgment and Commitment) as to Henri Michelle Piette (tls, Deputy Clerk) Modified link on 2/21/2020 (tls, Deputy Clerk). (Entered: 02/21/2020) |
| 02/20/2020 | 225 | MINUTE ORDER by Judge Ronald A. White directing the Federal Public Defender to appoint new counsel for appeal purposes as to Henri Michelle Piette (tls, Deputy Clerk) (Entered: 02/21/2020) |
| 02/21/2020 | 226 | JUDGMENT AND COMMITMENT by Judge Ronald A. White as to Henri Michelle Piette (tls, Deputy Clerk) (Entered: 02/21/2020) |
| 02/21/2020 | 227 | STATEMENT OF REASONS re 226 Judgment and Commitment as to Henri Michelle Piette NOTE: This document will only be accessible to chambers staff for the presiding judge, the government attorney and the attorney for the applicable defendant. Parties in the case and the general public will NOT be able to view this document. (tah, USPO Clerk) (Entered: 02/21/2020) |
| 02/24/2020 | 228 | Transmission of Notice of Appeal and Docket Sheet to U.S. Court of Appeals (Re: 224 Notice of Appeal to Circuit Court ) as to Henri Michelle Piette (With attachments)(jcb, Deputy Clerk) (Entered: 02/24/2020) |
| 02/24/2020 | 229 | APPEAL NUMBER INFORMATION from Circuit Court assigning Case Number 20–7008 (Re: 224 Notice of Appeal to Circuit Court ) as to Henri Michelle Piette (jcb, Deputy Clerk) (Entered: 02/24/2020) |
| 02/24/2020 | 230 | ATTORNEY APPEARANCE by Linda A. Epperley on behalf of USA (Epperley, Linda) (Entered: 02/24/2020) |
| 03/09/2020 | 231 | MAIL to Henri Michelle Piette Returned – marked Return to Sender – Attempted Not Known – Unable to Forward. (Re: 226 Judgment and Commitment, 225 Order ) (jcb, Deputy Clerk) (Entered: 03/09/2020) |
| 03/09/2020 | 232 | ATTORNEY APPEARANCE (FPD) by Barry L. Derryberry on behalf of Henri Michelle Piette (Derryberry, Barry) (Entered: 03/09/2020) |
| 03/09/2020 | 233 | DESIGNATION of Record on Appeal (Re: 224 Notice of Appeal to Circuit Court ) as to Henri Michelle Piette (With attachments)(Derryberry, Barry) (Entered: 03/09/2020) |
| 03/10/2020 | 234 | Amended DESIGNATION of Record on Appeal (Re: 224 Notice of Appeal to Circuit Court ) as to Henri Michelle Piette (With attachments)(Derryberry, Barry) (Entered: 03/10/2020) |
| 03/11/2020 | 235 | ATTORNEY APPEARANCE by Clay A. Compton on behalf of USA (Compton, Clay) (Entered: 03/11/2020) |
| 03/16/2020 | 236 | ORDER from Circuit Court (Re: 224 Notice of Appeal to Circuit Court ) as to Henri Michelle Piette (With attachments)(lal, Deputy Clerk) (Entered: 03/17/2020) |
| 03/17/2020 | 237 | Supplemental DESIGNATION of Record on Appeal (Re: 224 Notice of Appeal to Circuit Court ) as to Henri Michelle Piette (Epperley, Linda) (Entered: 03/17/2020) |