8/27/20

Dear Christopher Wolpert and/or Clerk of Court.

Please Sirs, send me a Copy of this Motion Affidavit.

In the very Best Regards
Henri Michel Pielle

P.S. I know that you will send a Copy to my Attorney. However, I am asking you also send me one.

I write and write my Attorney and he never responds. I really need a Copy of this Motion Affidavit

Therefore, humbly ask you to please send me one also at:

Henri M Pielle
Offender No 116612
307 e Cherokee
Wagoner, Oklahoma 74267

8/24/20

In the United States Court of Appeals
At Denver, Colorado for the Tenth Circuit

| | |
|---|---|
| U.S.A. | } Case no 6:17-CR00079001 |
| Plaintiff | } RE: Apellate Case no 20-7008 |
| v. | } Document: 010110311455 |
| Henri mickel Pietle | } Date Filed: 02/24/2020 |
| Defendant | } Case no CR17-079RAW Eastern District Okla. 2/20/20 |

## Motion

To Permit the following Addendum to
the Affidavit RE: Apellate Case no 20-7008
Document: 010110311455 Date Filed 02/24/2020

Comes now the Appellant/Defendant Henri mickel Pietle,
in Conjunction and together with Counsel and/or
Pro-se to admit and establish the truth ——
Petitions the Court to allow the following Addendum
to be added to the Affidavit re: Case no. 20-7008
Document: 010110311455 Date Filed: 02/24/2020 ——
to make the following Declarations of Truth.

8/27/20

Pg 1 of 34

## — Addendum —

RE: Apellate Case no 20-7008 DOC: 010110311/455 DAte Filed:
02/24/2

### —Affidavidit—

Comes now the defendont Henry michel Rielle
in Case no.'s CF17-577, CR17-00079-00RAW-1
to make the following declarions of truth.

my attorneys have asked me to put together
a list and a time line when my wife
was away from me, and exactly where
I was at the time, or times we were
not together.

However, this seemingly simple task is
extremely hard-difficult because my wife
Roselynn michelle McGinnis, (AKA) Stephanie
Lynn Reed, was never kidnapped/enviegeled
or at any time ever held against her will
or at any time in Captivity, or at any tim
in fear of her life or ~~as any time~~
in fear of the lives and wefare of her (our)
Children. my Children were never molested
or beaten. They were well loved and Cared
for as "Pearls of Great Price". the
Very best blessing anyone Could have
or possibly ever hope for; and, to have,
I was very happy with the blessing.
Childrens; and, very proud of them!!!!

RE: Appellate Case no. 20-7008 Document no. 010311055 Page 4 of 37

Henri mike Riethe

8/27/20

My wife Roselynn michelle McGinnis (aka) Stephanie Lynn Reed, was always free as a bird, and was always out and about all the time almost everyday by herself or in the company of either Idris Riethe, michael Riethe or Shelly Reed. And/or in the company of one of her many friends. Indeed, Roselynn (Stephanie), was always about shopping, at the laundry mat, Church a friends house, at work (Swift meat packing Plant) or at the Doctors office (Her Doctor was Mario Crenshaw, one of many Dr's. throught the years).

Roselynn, usually always went to school with all the children. Even the smallest baby was always with her where ever she went.

Roselynn, would go to birthday Parties, with the children, weddings, baby showers, and was a member of the 7th Day Adventist Church and the mormon Church (see L.D.S. church records available world wide wide)

Roselynn, and her church attendance was very meticulously kept track of by the "Church Attendance Archive Clerk". note: Bradley Haslam, saw Roselynn, every sunday at Church and never noticed anything unusual.

Many times I had no Idea where my wife Roselynn, Was. She was just out!

I had absolutely no reason to Check up on Roselynn, or her where-abouts. She, unlike her fraudulent story, was never a kidnapped/Captivity Victim

Unfortunately my wife Roselynn michelle McGinnis, (AKA) Stephanie Lynn Reed, with Cunning, deceit, and ~~the help~~ with the help of three (3) of my older Childrens put together their final "Coup de Grace" destroying "me" Henri michel Piette, and illiminating my Credibility. And at the same time, defrauding Americans out of money, Sustenance, simpathy and "fame"! I do believe my wife's (Stephanie Lynn Reed) AKA (Roselynn michelle McGinnis) Scam is one of the biggest frauds to ever sweep America.

For many years my wife and the two eldest of my son's (Tobias & michael) have been mooching off of my U.S. Army (V.A.) Disability Pension! (see United States Treasury Fraud Dept. and Banking records of U.S. Direct Express Debit Card Comerica 2015-2017)

On top this Roselynn, has a warrant (Denuncia) for her arrest in mexico (see prosecuting attorney "Franco", ie., "ministerio Publico" at the Comandancia, Puerto Escondido, Oaxaca, mexico 011-52-954-119-4253) (011-521-954-119-4253) for running off with our Children without a Court order authorizing her to do so. And for the theft of our, and all my possessions to include my US Direct Express Debit Card-Comerica and, all of my money ie., my U.S. Veterans (V.A.) Benefits funds etc.,.

My wifes fantastic fraudulent story has not only guaranteed her "fame" and a life time of  security for her and our Children but, in a most dastardly nefarious and unconcionable abominable way has also in one fell swoop — swept away and illiminated the only real witness against her "the Victim", her husband Henri michel Piette. See Jeremiah 3:20 — ("Surely as a wife Treacherously departeth from her husband).

Shame on Roselynn michelle McGinnis (Aka) — Stephanie lynn Reed, and those who have taken part in her- this wildly Absurd and lucrative scam/fraud.

Shame on "Peoples" magazine; for they could care less about the truth. As long as it sells magazines — that is all that matters/counts!

Remember the F.B.I.'s involvement was forced into high gear and maximum expenditure of resources after Roselynn and Dana Archuleta, sold their fraudulent story to "Peoples" magazine.

And speaking of the F.B.I, remember America after the "mayor" of Puerto Escondido, Oaxaca mexico Julia Cruz Lopez, 011-521-954-118-6665 and the "La Reina de Horeb", Prison Director — Victor Hugo, 011-521-954-120-2124 of San Pedro, mixtepec, Puerto Escondido, Oaxaca, mexico, released "me" Henri michel Riehle, from Prison, — "la Reina de Horeb" and after I found out what Roselynn, my wife and older Childers had done to "me" Henri michel Riehle, their husband and their father, I immediately went to the "mayor" Julia Cruz Lopez, at her office and at her residence and called the F.B.I. through the United States Embassy in mexico City, and in the United States of America.

Re: appellate Case no 20-7008 Document: 010110405596 Date Filed: 09/11/2020 Page: 8 1/24/2020
Henri michel Piette
8/27/20

pg 6 of 37

I tried several times to report Roselynn's Crimes, Her state and federal Crimes she committed against me in mexico, the U.S. Treasury funds thefts, the theft of our Children, and the theft of — federally owned Baboons. However, the F.B.I. refused to take my reports. no matter how many times I called the F.B.I. and tried to report — Roselynn's Crimes of running off with our — Children without permission from the local authorities. Again, I tried to explain to the F.B.I. that Roselynn, ran off with our Children without permission from the local mexican Courts and/or its authority figures or any authority for that matter. I was in Prison during the time Roselynn, committed all of these crimes against "me" Henri michel Piette, and against mexico.

Instead of having committed these Crimes why didn't Roselynn, just go to these authority figures and "me" and "solicit" help?

I mean if Roselynn, really was kidnapped and held captive — a kidnapped/captivity victim brutally shot, beatened, stabbed, raped, drugged and/or the same was happening to the Children — Ask yourself this; why did not Roselynn, after putting me

Pg 9 of 34

in prison just go to (D.I.F.F) the mexican Child
Protection agency, or the local State & Federal Police
Also the 64th mexican marine Battlion military
Base was right "Smack-Dab", in the middle of
Puerto Escondido, Oaxaca, mexico, or how about
the one of the many tourist Police Offices in
Puerto Escondido, or to one of all the many ~~         ~~
Americans living and visiting in Puerto Escondido
Oaxaca, mexico?


I will tell you 'Why' !!!
Roselynn, did not Contact the local People and
its (their) authorities simply because Puerto ——
Escondido, Oaxaca - like all Cities - towns - and
Communities we've ever lived in — is very small
and absolutely everyone knew and knows all of
Us. Especially the Police. For they trained every day
in our boxing gym at our house. We had a
$20,000°° boxing ring purchased from "Ring Side"
in Lennexus, Kansas. Everyone knew "Roselynn
and "me", and all of our children. There was no
way Roselynn, could have passed off her from
in the small town we lived in. Instead, we
the aide of (3) hateful and greedy Children, —
Tobias Rietle, michael Rietle, and Shelby Reed, (the
Rietle Children) my older naughty children - so
everything off then after leaving the are

Roselynn, was able to "Palm off" her fraud to
"unsuspecting" and "unknowing" people and
their authorities.
So, inorder for Roselynn's McGinnis, michael Piette's
and Shelly Reed's, fraudulent Scheme to work,
they had to put me once again in jail which
occurred (5) times in two different States in mexico—
Sonora and Oaxaca, And then return me to back to
Prison which occurred four times in two different
Cities in the State of Oaxaca, mexico. And then
~~once~~ once again Stea my U.S. Treasury Bank
Card, all my (V.A.) Disability Pension Funds,
sell off everything we owned (including a
200 volume rare book Collection which took
"me" Henri michel Piette, 45 years to Collect from
around the World During and after my —
military Service).

Incidentally, one of those Books was worthless
to my wife for to sell, so she threw it in the
Streets while I was in Prison. The neighbors,
our neighbors, picked it up and rescued it
for me. That Book Called, Das Buch mormon,
is ~~safe~~ in the Safe care of my Attorney Eric
Johnson.
I bought that Book in Germany in 1975.

Re: appellate case 20-7008 Document 010110403598 Date filed 09/11/2020 Page 11 2/24/20
Hemi Michel Rieth                                                        8/24/20

It has been with me for a long time yet, my
wife Roselynn, because it had no "monetary" —
Value. threw it in the "gutter" like she did
me. She sold many-many things that took
a life time to collect and accumulate and —
purchase some of which is listed ~~below~~ here
She sold three (3) exotic African Baboons —
killing one. of them; the childrens Donkey, my
Bull, my Brand new motorcycle, a four wheeler,
all of our ~~household~~ house hold and much-
much more! Just to name a few!

In order for Roselynn's "scamming Scheme"
to work she had to get away to different
areas where the authorities did not know all
of us or she and her fraud would not have
worked. She, instead, would have been ~~expos~~
exposed and arrested.

No matter how hard I tried to report Roselynn's
Crimes to the F.B.I., and no matter how many
times I tried to report to the F.B.I. what was
going on — how my wife ran off with the
Children and stole my Bank Card "U.S. Direct —
Express Debit Card America and my Identity
(Identity theft), and left me to die penniless on
the streets in far reaches of Southern mexico
without food, money, shelter, and without my

life saving medication. My heart Disease meds metoprolol and my Blood Pressure meds lisinopril, the F.B.I. refused to listen to me or take a report. Once they knew my name the "Die was Cast" their minds were made up! They had already decided not to listen to me. I was dying on the streets in the far reaches of Southern Mexico. Absolutely totally distitute! I had Contracted pnuemonia in my left lung, Malaria, Zika, Chingers-cuña, Dengue fever, several vicious ~~Spider Bites~~ and very infected poissonous — Spider bites.!

However, the F.B.I. flat out refused to take a report. Their minds were made up and their plans well laid. This Case was just too lucrative to let anything interfer — even the truth!

The F.B.I. for all intense and purposes also, like my ~~children~~ wife and older Children left me to fend for myself or die!

The F.B.I flat out refused to take any — report!

I gave up on the F.B.I.!

pall 137

Again, I called the United States Embassy. They again referred me back to the F.B.I. Again the F.B.I. refused. I, again, called the embassy. The embassy bounced me around to different people and nothing was done to help me. Henri micke Piette a two time honorably Discharged american Veteran declared by the American government to be 100% disabled. I was left to die on the streets of Southern mexico. As I said, from sleeping outside in the jungle I did contract pneumonia in my left lung, malaria, Zika, Chingun-Aña, Dengue fever and mulitple spider bites from very piosonous Spiders. I was bitten by Brown Recluses, Hobo Spiders, Black widow Spiders, Brown Widow Spiders and, get this, even once on the chest by a "fricken" "Green Widow Spider"; if that don't beat all!

I finally collapsed under a tree left to "die" no one cared about me. Not the embassy, not my country. I was emaciated and sick. (see my arrest "photo" in mexico and the USA)

my wonderful "Pearls of Great Price" (my children were gone.

Abandoned by my Country. A Country I defended twice.!!!!

Re: appellate Case no 20-7008 Document: 01011021147 -
Appellate Case: 20-7008    Document: 010110407596    Date Filed: 09/11/2020    Page: 14
Henry Michel Pielle
02/24/2020
8/27/20
Pg 12 of 37

Unbeknownst to me, my wonderful beloved wife and older children had sold a fraudulent story, sealing my fate — worse than death — Being buried alive in an American Prisons.

In the following pages will contain a short record of my wifes arrests in ~~both~~ ~~Christina~~ The United States and in Mexico. She was never a kidnapped/captivity victim. For my wife was indeed, Arrested in both Countries. ~~~~

Roselynn's, first arrest occurred in Puerto Penasco, Sonora, Mexico, When her, and her then lover Michael Pielle, (She left Tobias after I kicked him out for molesting Shelly) were arrested for breaking ~~into~~ into a house owned by an american tourist. (see: Affidavit appellate Case 20-7008 Documen. 010110311455 Date Filed 02/24/2020) Also my arrests in both Countries too, And some of and ~~~~ "infinite" amount of opportunities my wife and Children — all my Children — had, get away from me.!

First of all, I had a 6-count felony warrant of Coconino County Flagstaff, Arizona. Any time my w or Children, had wanted to get away from m was to "tip" off the Police or Crime Stoppers.

It was that simple!

Let me say that again: "Any time my <u>wife</u> or <u>children</u>, had wanted to get away from me or for that matter, if what my Wife <u>Roselynn</u>, was saying was true, all they or anyone needed do was call the Police — tip off the Police or "<u>Crime Stoppers</u>". It was that easy!

Let it be known now that all of my name changes occurred before I ever met <u>Roselynn McGinnis</u>. Did you ever wonder why my oldest daughter's name — last name — was, "<u>Reed</u>"? Well, <u>now you know</u>!

Here is a short but comprehensive list of some of our places where and when we were seperated and a few of our long time friends and social contacts:

<u>Special Agent Torgesson</u>, (F.B.I.) Agent in Charge of Southern Texas and the U.S. mexican Border. He was our <u>Bishop</u> in our Church that we attended every Sunday in Brownsville, Texas. (see L.D.S. Church records, Torgesson, Brownsville, Texas.). He spent time in a Walmart parking lot and in Church with <u>Roselynn</u>, visited our house, and help us bring our children across the Border — around 2005 (?)

Re: Appelate Case no 20-7008 Document 01011031455 Date Filed 9/11/2020
8/27/20
Appellate Case: 20-7008    Document: 010110405596    Date Filed: 09/11/2020    Page: 16
Henri micks Piette

Pg 14 of 37

David Green, Sherman County, Texas District Attorney, who has known my wife and me Henri micks Piette for several years. He told the Public Defender Lauren Blake, that Roselynns, story in "Peoples" magazene was false — a fraud.

George manzoneros, Chief of Police in Ignacio Colorado, trained Roselynn McGinnis (AKA) Stephanie Lynn Reed, how to "box", and ~~got~~ got Roselynn, registered as Stephanie Reed, in the U.S.A. Amatuer Boxing Association. ~~He He B~~ He set Roselynn up to fight in on Indian Casino, in Arizona. Roselynn, won her fight. George monzoneros, has known all of us for many years, He knows Roselynn, me & Henri micld Piette, and all of our Children.

Robert Edwards, Assistant District Attorney Navajo County, Holbrook, Arizona, was a neighbor, and fellow Church member in Holbrook, Arizona. He also prosecuted my wife for Credit Card theft. (see Court records Navajo County, and L.DS. Church records for Stephanie Lynn Reed, (AKA) Roselynn michelle McGinnis, and Robert Edwards) Robert Edwards, was also the Bishops, Counselor. He did Convict my wife Stephanie (Roselynn).

Navajo Coenty Jail, Stephanie my wife —
Roselynn was a prisoner 2005 (?)

Federal Jail and Holding Facility, in Tuscon
Arizona, Stephanie, was federal Prisoner 2005-6

Larry Penfold, Chief of Police, Stratford, Texas
Sherman County. Larry Penfold, was the
Chief of Police. He had been in our home —
our very house on more than one occassion.
He knew our childrens and he spoke often along
with my wife Roselynn and our Children
while I was in the Sherman County Jail
in Stratford, Texas for 44 Days.
Roselynn, and our Children were often alone
or in the Company of local authorities!

NCIC, national Crime Information Center
has 750 "hits" on Stephanie Lynn Reed,
Henri micheal Pietle (AKA) Daniel Reed, Astor, and
of our Children.

U.S. Marshals, Durango, Colorado and Aztec,
new mexico. Seven (7) U.S. marshals Marshals inc
marshal magee, Investigated "me" Henri micheal Rie
Stephens Lynn Reed (AKA) Roselynn michelle McGin
and Tobias Allen Rietle (AKA) Adam Boggs for
days. Note: Tobias and Roselynn, lied—

to the marshals. I told the truth!
The Investigation lasted 90 Days!
We were told not to leave the County.
Tobias Piette, went to Prison for trying
to get him and Roselynn, a "passport"
using a fake name. This was not the
first time Tobias was arrested involving
Roselynn, and a fake name. Remember,
Tobias was 19 years old when he ran
off with, Roselynn nicole mc Ginnis. He lied
to the F.B.I and told them he was only
15-years old. He was not questioned about
that at my trial. My federal ~~trial couns~~
trial was a "farce" and a "sham".

Detective Scott, San Juan County Sheriff's Dept.
Aztec, New Mexico, Investigated Stephanie Lynn
Reed (aka) Roselynn nicole mc Ginnis, in Connection
to a shooting by Henri michel Piette, into a "Ford
Expedition Car occupied by two passengers.
I was arrested for this in Brownsville, Texas
after crossing ~~the~~ the international Border
out of mexico. ~~I was arrested coming this~~
~~passing my though mexico, you often crossing~~
~~the international Border~~ I was arrested
because Border Patrol finger Printed me
and found out my real legal name was
Henri michel Piette, not Daniel Astor Reed.

I changed my name in 1990 because of my
warrant out of Coconino County, Flagstaff, Arizona.
But, the Border Patrol out of Aztec, new
mexico also discovered a felony
warrant out of Aztec, new mexico for aggravated
assault with a deadly weapon. The weapon
was a 44 magnum Red Hawk revolver. I had
fired it into the car with passengers. This
created a major investigation of my wife
Roselynn (Stephanie) because she was —
present at the scene, and of me and of all
of our children because they were all
present.

On top of this, the U.S. Marshals show up
because Tobias Piette, (He is the one who ran
off with Roselynn McGinnis) as
Adam Boggs, and Stephanie Lynn Reed; —
respectively. Anyway, I was facing 18 years
in prison. However, Roselynn, called Detective —
Scotts, Boss and spoke with him from Texas,
and got the charges dropped, I was immediately
released from Cameron County Jail, after (11) days.
Also, Detective Scott, gave Roselynn, my —
    44 magnum Red Hawk revolver to give to
me.
I was out of the County when Scott, gave the
(my) Pistol,

Dr. René nickel Piette, was alone with Roselynn,. She had just came back from being gone some where alone. Roselynn, pulled a gun out on my Dad, Dr. Piette. It was a 9mm Derringer that Stephanine Lynn Reed (AKA)(Roselynn) bought Purchased, in a pown Shop in Salt Lake City, Utah. Roselynn, (AKA) Stephanie, had one set of a lot of guns. Dr. René nickel Piette (206) 524-6013 (see ~~ATF~~ ATF and Ron nickols gun Shop, ~~Rock~~ Holbrook, Arizona)

Honorable ~~Reno~~ Judicial District Judge — Reynold George. He was our ~~neighbor~~ trasient Bishop, in Idaho Falls, Idaho. I worked for him also, When he hired me to paint his neighbors house. As our Bishop in the L.D.S. Church he visited us many times. He knew my wife and childrens intimately. My Wife was friend with Judge George's wife, Donnette. My (our) Children ~~the~~ played in Judge George's Hyard and ate out of his garden. ~~many~~ ~~single~~ We were all friends with Judge George's Children. We were a happy family with Honorable Judge — George, and his family. As a Judge - Judge George, helped me beat a felony-littering Charge out of Apache County, Arizona.

Re: Appelate Case no. 20-7008 Document 0101103114556 Date Filed

Henri michael Piette

02/29/2020
8/27/20

Pa 19 of 34

Appellate Case: 20-7008    Document: 010110405596    Date Filed: 09/11/2020    Page: 21

~~District Attorney~~ The District Attorney's Office, ~~can verify for this~~ in St. Johns, Arizona Can Vouch for this! (Apache County, Arizona). Honorable Judge George, had many Conversations with the Apache County D.A.'s Office Concerning "me" Henri michael Piette.

Honorable Judge George, Convinced the Apache County D.A.'s office at St. Johns, Arizona, to drop the "felony" littering Charge. All this Can be Verified!

Roselynn McGinnis, Tobias Piette, michael Piette, and Shelly Reed/Piette, are Vicious Frauds. There was no elaborate enviegelment/—kidnapping. Just two kids running away! Only Tobias, was on Adult.

Contact: (L.D.S. Church Idaho Falls, Idaho, ~~Courts~~ or Contact the Idaho Falls, Courts and the St. Johns, D.A.'s office).

Honorable Mike Simpson, United States Congressman, Idaho Falls, Idaho, was introduced to my by Honorable Judge Reynold George. Larry Penfold, the Chief of Police in Stratford, Texas, Called the "Dept of Veteran Affairs," because I had been using fraudulent names. —————

Because of this the (V.A.) Canceled my (V.A.) Pension. I went to Honorable Judge George,, and he had me go over to the Congressmans Office and sign Papers to be thoroughly investigated. I did sign there papers to be ~~thoroughly the~~ — thoroughly investigated. Mike Simpson, had me and my family thoroughly — investigated (see Dept. of Veterans Affairs (V.A.) File records. Henri michel Riотle (VA) File no 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)

After the Investigation my (VA) pension was reinstated. No such kidnap/Captivity I was wrongfully and maliciously Prosecuted.

Quod erat Demonstradum

Illegitimate non CArba Rindus

The Jails Rosehynn Bonded me out of in the "U.S.A." and the Jails and Prisons Rosehynn, put me in ~~im~~ "mexico."

Bonded me out of:
Bozeman, Montana County Jail
St. Johns, County Jail Arizona
Brownsville, Texas, Cameron County Jail
Stratford, Texas, Sherman County Jail

Nogales, Arizona County Jail

Jails and Prisons, Roselynn, put me in:
Magdalene City Jail, Magdalene de Kino, Sonora, mexico.
Puerto Escondido City, Jail, Puerto Escondido, Oaxaca, mex
Prison - La Peña de Horeb, San Pedro mixtepec, Oaxaca, mexico
Prison - San Pedro Pochutla, Oaxaca, mexico

The reason Roselynn, put me in jail and
Prisons was not for any abuse. It was
only to help me control my drinking; and, also
so she could steal my Bank Card and
spend all the money from my (V.A.) Pension
with her myriad of lovers. For example:
Michael Jeri Allen Riette, my son was her
lover or became her lover after I kicked
out the man she ran away with for "molesting"
my daughter, Shelly Reed.

My charges in these Jails and Prisons,
were:

Tomando Domicilo & Scandaloso Domicilo.
(Drinking in the House) & (Raising Voice in house)

Hospitals that I was in:

Phoenix Burn Center, Arizona.

Flagstaff emergency Burn Center, Arizona.

Gallup, New mexico, Burn Center.

Albuquerque, new mexico Burn Center.

Note: It took weeks in these hospitals and months of pain, bandages and physical therapy (for me) to recover.

Hospitals: Stephanie Lynn Reed (AKA) Roselynn michel McGinnis, was able to get "me" Henri michel Riddle, out of mexico to the Border of the United States of America after I was involved in an Auto accident Whereby I was burned over 30% of my Body and 33% of my traechia, epiglotis, larnyx, lungs, mouth etc.. On top of this Roselynn, Driving her "fire bird" Car was able to come to Albuquerque, new mexico, and register in for Classes at the Burn Center Hospital I was in and learn how to Change my dressings, bathe me and administer my medications of morphine, Codiene and oxycodone. After Roselynn, achieved and demonstrated Profiency in her medical traing for

Re: appellate Case No 20-7008 Document 010110311455 Date Filed
Dennis Michal Riddle
02/24/2020
8/27/20

Pg 23 of 34

Care of a burn Patient, the Hospital allowed
Roselynn, to legally sign me out of the
Hospital. It was against the law for
me to sign myself out of the hospital.
Therefore, Roselynn, did take Classes at the
hospital enabling her to legally sign
me out. And that is exactly what
Roselynn did!

I was registered in the Hospital in ——
Albuquerque as Daniel Astor Reed, and
and Roselynn, I believed registered in
for Classes as Stephanie Lynn Reed, and
in the same name signed me out of the
hospital.

I was in the Albuquerque hospital
Burn Unit for weeks until ——
Roselynn, signed me out. After arriving
home I lay in the bed drugged out on
pain medication. Roselynn, believed the
Oxycodone was harmful to me. So, she
flushed it down the toilet. Then for days
on end Roselynn, ~~William~~ kept my dressings
Changed with gauze and Silvadiene and,
forced me to walk 1-2 hours every
day. Until I got over the worst part
of my burns and through my

hospital induced ~~addiction~~ addiction to morphine, Codiene and Oxycodone.

As anyone Can see, Rosehynn, michell McGinnis, (AKA) Stephanie Lynn Reed, was never — kidnapped/enviegeled "nor" ever held — Captive.

"Look" how easy it is to see her frauds! Rosehynn, my wife was not only free to get me out of "Jail" but she was free to put me in "Jails" and "Prisons", — and even in the Hospital.

— Some lies Exposed —

1) The Phoney Wedding Ceremony, It was a gag! Rosehynn and Tobias, preformed it on the very same day of mine and ~~Tobias~~ Gayla's "Wedding Day" which was on "April Fools Day". We (Gayla and I, — because we were two fools in love). I was never in love with Rosehynn. There was a "witness" to this "gag" wedding that was performed by Rosehynn & Tobias. Note: It was not a year later! It was on the very day of mine and Gayla's wedding at our wedding reception.

2) The Birth in the Van: The birth of
Eduardo, in a Van? True!
However, Roselynn, was kicked out of the
Birthing Clinic for allegedly abusing the
Doctor and nursing staff. However, Roselynn
had a right to complain and complain
she did very bitterly for she was in labour for
3-days and 3 nights. Therefore, Roselynn, was
kicked out of the Clinic, the only available
place that afforeded any protection was
in the back of ~~Roselynn~~ Roselynn's, friends
Van. This Van belonged to David Fontinel, a
murderer, a human "Organ" harvester, a
drug trafficer and human trafficer who
more or less is just a big ~~The~~ "Scheister"
who tried to kidnap "Eduardo", Roselynn's,
new Born "baby", that was born in David
Fontinels Van.

Here is how it went: Because Roselynns,
life was in "Peril", and the life of her
unborn baby and because we were in
mexico and because the was no other
option I used Davids Van at Roselynn's
inssistance, therefore, after placing clean
sheets, and blankets and pillows on the floor
of the Van and, after soliciting the help of a
nurse from the Clinic and with the

Doctor ready and standing by — "D" Henri Michel Riette, using my (EFMB) medical emergency surgery skill, did gently "POP" the placenta and instructed "Roselynn", the mother to — on the next contraction — push firmly but gently. The baby "Eduardo" was born. I cut the embilics after wrapping it with dental floss. Then I delivered ~~an~~ "the placenta" by "first," massaging Roselynn's, (The Patient) abdomen and "Second," by pulling gently on the emblical cord. I then examined the placenta by turning it inside out and making ~~it~~ a record of its contents, which was normal. "Finally", I asked ~~Rosely~~ ~~Roselynn~~ the clinic to place the placenta into a sterile bag and maintain it ~~by~~ for two weeks in "Deep freeze".

The story concerning Roselynn's, birth in the back of a van that was ~~a~~ — concocted by Roselynn and Stephanie Stephens, the Police Investigator is a vicious lie! They are both hysterical frauds!

Talk to: A.T.F., D.E.A., Customs officers, Border Patrol, the F.B.I., and the maricopa Sheriffs Dept. they all know or know of, David Fontinel. Very well indeed! It is believed he "murdered" his first two wives and now "get this" his third (3rd) wife is missing presumed "Dead". As I said, "one" of Roselynn's Friends! (see evidentiarary Discovery in Case no CR17-079 RAW - "David Fontinel F")

Erieberto Sefa Oregel, wanted murderer by U.S. marshols — (see Shelly Reed's — Common law husband and father of her daughter Isabella). As I have repeatedly stated, I have never been involved with the "mafia." My wife and (3) older children Roselynn McGinnis, Tobias Piette, michael Piette and Shelly Reed, respectively have been very deeply involved with the "mafia" and are still very very deeply involved.

Under Age? It has been repeatedly and very falsely stated and shouted off of the roof tops that I slept with Roselynn michel McGinnis, when she was under age. Howevery "Ustados Unidos De Mexico" is a Soveriegn Country. Roselynn, and I did engage in sex for the Very first time in, mexico. She was not under age there and I did not take her to, mexico.

Re: Appellate Case No. 20-7008 Document 01011034455 Date Filed

Henio meckel Riotte

Appellate Case: 20-7008   Document: 010110405596   Date Filed: 09/11/2020   Page: 30
08-28-2020
8/28/20

Pg 28 of 34

She ~~took~~ took herself there in the company of the man she ran away with, Tobias Allen Riotte. Who lied to the F.B.I. and told them he was only 15-years old when he ran off with Roselynn michelle McGinnis, Roselynn, and Tobias, ran off together in 1997, Tobias, was born in 1978. He was an Adult of aproximately 19 years of age. (see Tobias lie in the Evidentiary Discovery Case no CRI7-079RAO)

U.S. Treasury Thefts; Roselynn McGinnis, testified she only stole $3000.00 off of my (V.A.) issued U.S. Direct Express Debit Card Comerica. However, banking Statements clearly show she, Roselynn michelle McGinnis, withdrew July-August and September of 2016 (V.A.) Disability pension funds. During the time she made these withdrawas, I was sitting in a filthy Cell in la Peña de Horeb Prison in Son Pedro mixtepec, Puerto Econdido, Oaxaca, mexico. ( See Prison Documents Lauren Blake, Public Defender, Wagoner County Court House and/or Contact the La Peña de Horeb "Prison" Director Victor Hugo (011-521-954-120-2124)
(Please Check the "Banking Statements" from the Debit Card herein mentioned and Please Contact the US Treasury Fraud Dept records

and investigation of these illegal U.S.
Treasury fund withdrawals. Also —
note the numerous times I, Henri michel
Piette, was forced to Cancel my Card —
my U.S. Express Debit Card. I was forced
to Cancel many times during the years 2015 —
2017 because my wife would steal my Card
and run off with one of her many boy
friends on "Wild Spending Sprees", forgetting
~~to even~~ ~~forget~~ ~~our~~ ~~Children~~ ~~forgetting~~
to even "feed" our children. Michael Piette,
my older son was one of Roselynn's lovers.
(See Special Agent Adams Reynolds, he —
independently found out that my son Michael
Piette, and my wife Roselynn, were sleeping
together. my then wife of Course was Roselynn
Michelle McGinnis, (AKA) Stephanie Lynn Reed,
Roselynn, Started Sleeping Michael Piette, after
I kicked Tobias Piette, out ~~for molesting~~
~~molesting~~ out of the house for molesting
Shelly Reed, his half-sister my daughter.
Remember Tobias Piette, is the guy who
ran off with Roselynn Ginnes.


By the way if all that he and Roselynn
are saying is true why did Tobias wait
19-Years to report any of this?

Speaking of Michael Piette, that a look at Dana Archuleta, a married woman with children, who appeared in "Peoples" magazine along side Roselynn michelle McGinnis, in the fraudulent story of Kidnapped/Captivity Victim, michael Piette, also jumps in bed with Dana Archuleta, Nikoma Archuleta's, wife. Nikoma Archuleta Dana's Archuletas, husband walks into the bedroom and catches Michael & Dana in bed. Afterwards michael Piette, then is able to "Con" or "Scam", Dana Archuleta, into with-drawing $160,000.°° out of her and her husband's Nikoma Archuleta's, joint bank account and then running off with her and their children.

However, michael Piette, is very happily married in, mexico. He has a beautiful wife and two very lovely daughters. His daughters are very young. michael, owns a business in mexico, a house, property and "don't ever forget", michael, is very strongly Affiliated with the "mexican mafia & narco-trafficante". etc., the San Isidro - Laguna faction that extends from — San Pedro Pachutla, Oaxaca mexico all the way to the Border of Arizona (Bixby) and on through to Arrivaco, Amado and Tucson, Arizona. One must ask what will michael Piette,

~~Did once this money runs out.~~

do with Dana Archuleta, and her Children
once the Money runs out? (see trial transcripts
of nikoma Archuleta Testimony in Case no CR17-079RAW)

Tobias Allen Pielle, was "19" years old not "15"
when he ran off with Roselynn nicks McGinnis.
He lied to the F.B.I. My attorney Warren Gotcher,
never brought it up at the trial. (see evidentiary
discovery Case no CR17-079RAW)

The myriad of FAKE I.D.'s. the decision
for the investigation in Stratford, Texas and
my 44-day incarceration and a subsequent
additional 13-days, was a decision made by
my Attorney in Flagstaff, Arizona. A Public
Defender, named Jackie Hatch.

Jackie, was an attorney who Cared about
me and always looked out for me.. As I
said she is the reason why an investigation
was brought and wrought by Larry Penfold,
the "Chief of Police" in Stratford, Texas,
the Texas Rangers, out of Amarillo, Texas,
the "Child Protection Agency" in Sherman County,
the Department of Veterans Affairs, (see V.A. files)
and ultimately the investigation was taken over
by the Honorable Judicial District Judge
Honorable Reynold George, Idaho Falls,

Appellate Case: 20-8003   Document: 010110405967   Date Filed: 09/17/2020   Page: 34
Henri Michel Piette
8/27/20

Idaho, then Culminating into a "full blown" investigation by the Honorable United States Congressman, "Mike Simpson", Idaho Falls, Idaho.

Here is how it Started: I called the Coconino (Coconino) County Sheriff's Dept. Archives Clerk to check on the status of my more than 12-year Warrant of 6-Counts! However, the Deputy Archives Clerk informed me that my Warrant was scheduled to be Dropped. I then called my Public Defender, in Coconino County — "Jackie Hatch"! She did over see the Charges being dropped. Afterwards, Jackie Hatch, told me I was free and Clear to live my life! I did ask my Public Defender, how I could go back to my real name, Henri Michel Piette, This was very difficult because my daughter was born under my false name thus Shelly Reed, not Shelly Piette.

Also all the Childrens shot records, etc, were all under different false names, school records, etc,. Also, my Car title & registration was under false name. Therefore, I did ask Jackie Hatch, how I should go about changing all of our names back to our real names and the best way to do it! Therefore, Jackie Hatch, suggested I wait until —

Appellate Case: 20-7008   Document: 010110405596   Date Filed: 09/11/2020   Page: 35

I find the right place to settle down, and then go to the authorities and explain our situation and solicit help. I thought and Roselynn and our Children thought that Stratford, Texas, was beautiful and the People nice. Therefore, my wife Roselynn started working at the "Swift meat Packing Plant", in nearby Cactus, Texas. The children were settled in. Everything looked good. Therefore, I went to the Chief of Police Larry Penfold, and told him what was up. But instead of helping us he did everything he Could to Destroy me and our family. Moreover, Larry Penfold, Started an investigation into our lives. He began frequenting our home and even inspecting our house and back yard and the alley behind our house. Larry Penfold, spoke many times privately with my wife. Penfold, Called in the "Texas Rangers". They began investigating us for weeks on end. I let the Texas Rangers, into our home. Our Children looked at the Ranger in awe! Then the "Ranger", took me outside and hand Cuffed me. I was arrested for fake I.D. simply — because I did as my Attorney had Advised.

While I was in Jail the Chief of Police
and Texas Rangers, instigated a vigorous
investigation and found that everyone
was well loved and cared for.
This very investigation spilled over to the
Department of Veterans Affairs, and the
Child Protection Agency, — all the way to
Honorable Judicial District Judge Reynold,
George, and Ultimately to the United
States Congressman Mike Simpson.
There was no kidnapped/Captivity, — no
molestations, — no rape, — no beatings, no starvings,
— no shootings, — no stabbings, — no Drugs.
There was only evidence of well loved and
cared for women and childrens.


Filed: this (8/27/2020) 27th Day of August 2020
Signed: Henri michel Piette
Date  8/27/20


## Addendum

In regards to Apellate Case no: 20-7008
Document: 010110311455  DAte Filed: 02/24/2020


In the United States Court of Appeals
for the tenth Circuit
At Denver, Colorado
Case no 6:17-CR00079-001

Her
6/11
Wagoner, OK 74467

US Marshal
Scanned by

Legal mail
Attorney/client
Privilege only

Tulsa Ok P&DC 741
TUE 08 SEP 2020   PM
WAGONER COUNTY
DETENTION CENTER
INMATE MAIL

Attn: Christopher M. Wolpert - Clerk of Court
Jane K. Castro - Chief Deputy Clerk

United States Court of Appeals
For the Tenth Circuit
Office of the Clerk
Byron White United States Court House
1823 Stout Street
Denver, Colorado. 80257

legal mail
Attorney/client
Privilege only